| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: __Northern__ District of __Georgia__ (State) | ☐ Check if this is an amended filing |
| Case number (If known): _____ Chapter __11__ | |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Wellmade Floor Coverings International, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   56-2328425

4. **Debtor's address**

   **Principal place of business**
   19150 SW 125th CT
   Number    Street

   _____

   Tualatin    OR    97062
   City    State    ZIP Code

   _____
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   _____

   _____
   City    State    ZIP Code

5. **Debtor's website** (URL)  _____

Debtor  Wellmade Floor Coverings International, Inc.  Case number *(if known)*_____
            Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☑ None of the above <br><br> B. *Check all that apply:* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br> ___ ___ ___ ___ |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☑ Chapter 11. *Check all that apply*: <br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). <br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. <br>   ☐ A plan is being filed with this petition. <br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br> If more than 2 cases, attach a separate list. | ☑ No <br> ☐ Yes.  District _____  When _____  Case number _____ <br>                                                         MM / DD / YYYY <br>        District _____  When _____  Case number _____ <br>                                                         MM / DD / YYYY |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor  **Wellmade Floor Coverings International, Inc.**                          Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.  Debtor **Wellmade Industries MFR. N.A LLC**   Relationship _____<br>        District **Northern District of Georgia**   When ___/___/_____<br>                                                                                                                             MM / DD / YYYY<br>      Case number, if known   _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**  (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**_____
                        Number       Street
                                        _____
                 _____  ___ _____
                 City                       State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency  _____
              Contact name  _____
              Phone  _____

---

■ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

Check one:
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000
☑ 50-99         ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

Debtor  Wellmade Floor Coverings International, Inc.
_____
Name

Case number (if known)_____

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☒ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/04/2025
MM / DD / YYYY

✗  /s/ David Baker                                David Baker
Signature of authorized representative of debtor    Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

✗  /s/ John D. Elrod                              Date  08/04/2025
Signature of attorney for debtor                        MM / DD / YYYY

John D. Elrod
Printed name

Greenberg Traurig, LLP
Firm name

3333 Piedmont Road NE, Suite 2500
Number    Street

Atlanta                                          GA          30305
City                                             State       ZIP Code

678-553-2259                                     ElrodJ@gtlaw.com
Contact phone                                    Email address

246604                                           GA
Bar number                                       State

# WRITTEN CONSENT
# OF THE
# CHIEF RESTRUCTURING OFFICER
# OF
# WELLMADE FLOOR COVERINGS INTERNATIONAL, INC.
# AND
# WELLMADE INDUSTRIES MFR. N.A LLC

**August 4, 2025**

The undersigned, being the Chief Restructuring Officer (the "CRO") of Wellmade Floor Coverings International, Inc., an Oregon corporation (the "Corporation"), and Wellmade Industries MFR. N.A LLC, a Georgia limited liability company (the "Company", and together with the Corporation, the "Entities" and each an "Entity"), hereby takes the following actions and adopts the following resolutions by written consent in accordance with the applicable bylaws or limited liability company agreements of each Entity and the applicable laws of the jurisdiction in which such Entity is organized:

WHEREAS, the board of directors of the Corporation and sole member and manager of the Company (collectively, the "Governing Bodies") previously designated and appointed David Baker of Aurora Management Partners Inc., who was found by the Governing Bodies to be independent and disinterested, as the CRO to review, consider and take action, to the fullest extent permitted by applicable law, regarding various potential strategic alternatives to the Entities' existing business plan, including, but not limited to, a possible sale, restructuring, financing or reorganization (by means of a merger, consolidation, asset sale, equity sale whether in the normal course or through a bankruptcy proceeding or otherwise) of the Company and any other alternative transaction;

WHEREAS, the CRO has received, reviewed and considered recommendations of the Entities' management and legal and financial advisors as to the relative risks and benefits of seeking relief under chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.*, the "Bankruptcy Code"), and the CRO has had an opportunity to consult with management and the legal and financial advisors of the Entities and has considered each of the strategic alternatives available to the Entities;

WHEREAS, in the business judgment of the CRO, it is in the best interests of the Entities, their equityholders, their creditors, and other parties in interest for each of the Entities to file a voluntary petition seeking relief pursuant to chapter 11 of the Bankruptcy Code (each, a "Chapter 11 Case", and collectively, the "Chapter 11 Cases") in the United States Bankruptcy Court for the Northern District of Georgia or in any other court of competent jurisdiction (the "Bankruptcy Court"), and any other petition for relief or recognition or other order that may be necessary, appropriate, or desirable under applicable law in the United States;

WHEREAS, the CRO has determined that it is desirable and in the best interests of each Entity, its creditors, and other parties in interest that each Entity retain and appoint professionals,

as necessary, to represent and assist each Entity in carrying out its duties under the Bankruptcy Code, with a view to the successful prosecution of the Chapter 11 Cases;

WHEREAS, the CRO determined that it is desirable and in the best interests of each Entity to take the following actions and adopt the following resolutions.

## I. CHAPTER 11 FILING

NOW, THEREFORE, BE IT RESOLVED, that the CRO is hereby authorized, empowered, and directed, in the name of and on behalf of each Entity, to file or cause to be filed the Chapter 11 Cases under the provisions of the Bankruptcy Code in the Bankruptcy Court;

FURTHER RESOLVED, that the CRO be and hereby is authorized, empowered, and directed, in the name of and on behalf of each Entity, to negotiate, execute, deliver, file, and record all petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, and other documents (collectively, the "Chapter 11 Documents"), and to take any and all action the CRO determines to be necessary, appropriate, or desirable in connection with the Chapter 11 Cases (including, without limitation, to pay fees, expenses, and taxes and to take any action to maintain the ordinary course operation of each Entity's business) (any such determination to be conclusively evidenced by the taking of any such action by the CRO);

## II. RETENTION OF PROFESSIONALS

FURTHER RESOLVED, that the CRO be, and hereby is, authorized, empowered, and directed, in the name of and on behalf of each Entity, to employ the law firm of Greenberg Traurig, LLP, as each Entity's counsel, to represent and assist each Entity in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance each Entity's rights and obligations, including filing any Chapter 11 Documents, and, in connection therewith, the CRO, with power of delegation, is hereby authorized, empowered, and directed, in the name of and on behalf of each Entity, for itself, or in its capacity as a member, manager, or director of any Entity, to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain Greenberg Traurig, LLP, in accordance with applicable law;

FURTHER RESOLVED, that the CRO be, and hereby is, authorized, empowered, and directed, in the name of and on behalf of each Entity, to employ any other professionals to represent and assist each Entity in carrying out its duties under the Bankruptcy Code, and, in connection therewith, the CRO, with power of delegation, is hereby authorized, empowered, and directed, in the name of and on behalf of each Entity, to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as the CRO determines is necessary, appropriate, or desirable (including, without limitation, special counsel to the extent determined necessary, appropriate, or desirable), any such determination to be conclusively evidenced by the taking of any such action by the CRO;

**III. <u>GENERAL</u>**

FURTHER RESOLVED, that the CRO be, and hereby is, authorized, empowered, and directed, in the name of and on behalf of each Entity, to negotiate, execute, deliver, file, and record any amendments, restatements, supplements, or other modifications to the Chapter 11 Documents, and all other agreements, documents, and instruments contemplated by these resolutions which the CRO shall determine are necessary, appropriate, or desirable (any such determination to be conclusively evidenced by the CRO's execution and delivery thereof);

FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the CRO, the CRO be, and hereby is, authorized, empowered, and directed, in the name of and on behalf of each Entity, to take or cause to be taken any and all such other and further action, and to negotiate, execute, deliver, file, and record any and all such agreements, documents, and instruments, and to pay all expenses and fees (including but not limited to filing fees) in each case as in the CRO's judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the foregoing resolutions adopted herein (any such action to be conclusive evidence that such person deemed the same to meet such standard);

FURTHER RESOLVED, that the CRO and the governing body of each Entity has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the Governing Documents of each Entity, or hereby waives any right to have received such notice;

FURTHER RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of each Entity, for itself, or in its capacity as a member, manager, or director of any Entity, which acts would have been approved by the foregoing resolutions except that such acts, actions, or transactions were taken or consummated before the adoption of these resolutions, are hereby in all respects approved, confirmed, and ratified as the true acts and deeds of each Entity with the same force and effect as if each such act, action, or transaction had been specifically authorized in advance by resolution of the governing body of each Entity; and

FURTHER RESOLVED, that a facsimile or other electronically scanned copy of this consent shall be deemed an original and any person may rely upon a facsimile or other electronically scanned copy of this consent in determining the validity of the actions taken hereunder.

* * * *

      IN WITNESS WHEREOF, the undersigned has caused this written consent to be executed as of the date first set forth above.

**CHIEF RESTRUCTURING OFFICER**

By:  */s/ David Baker*
      Name: David Baker

4

# UNITED STATED BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| WELLMADE FLOOR COVERINGS | ) | |
| INTERNATIONAL, INC. | ) | Case No. 25 - _____ |
| | ) | |
| Debtor. | ) | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and to enable the Judges to evaluate possible disqualification or recusal, the undersigned proposed counsel for Wellmade Floor Coverings International, Inc. certifies that no corporation directly or indirectly owns 10% or more of any class of the corporation's equity interests.

Date: August 4, 2025
   Atlanta, Georgia

Respectfully Submitted,

**GREENBERG TRAURIG, LLP**

*/s/ John D. Elrod*
John D. Elrod, GA Bar No. 246604
Allison J. McGregor, GA Bar No. 860865
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2259
Facsimile: 678-553-2269
Email: elrodj@gtlaw.com
Allison.McGregor@gtlaw.com

***Proposed Counsel for the Debtors in Possession***

ACTIVE 712894370v1

UNITED STATED BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| WELLMADE FLOOR COVERINGS ) | |
| INTERNATIONAL, INC., ) | Case No. 25 - _____ |
| ) | |
| Debtor. ) | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3), the undersigned, the Chief Restructuring Officer of the above-captioned debtor (the "Debtor"), certifies that the following is a list of the Debtor's equity security holders:

| Equity Holder | Address of Equity Holder | Percentage of Shares Held |
|---|---|---|
| Allen Chen | 19150 SW 125th Court Tualatin, OR 97062 | 51% |
| George Chen | 19150 SW 125th Court Tualatin, OR 97062 | 49% |

Date:   August 4, 2025
　　　　Atlanta, Georgia

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ David Baker_____
　　　　　　　　　　　　　　　　　　　　　　　　　　David Baker
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Restructuring Officer

ACTIVE 712894138v1

**Fill in this information to identify the case:**

Debtor name: Wellmade Floor Coverings International, Inc., *et al.*

United States Bankruptcy Court for the: Northern District of Georgia (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Chapter 11 Cases: Consolidated List of Creditors Who Have the Thirty (30) Largest Unsecured Claims and Are Not Insiders

This list includes: (i) trade debt claimants, ordered by asserted claim amount; (ii) indemnity/contribution claimants, ordered alphabetically; and (iii) individual EtO claimants, ordered alphabetically. This list does not include any person or entity who is an "insider" under section 101(31) of title 11 of the United States Code. This list was prepared with information available to the Debtors. The Debtors reserve the right to amend this list based on additional information they may identify. The information contained in this list shall not constitute an admission by, nor shall it be binding on, the Debtors.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Flooring Investments LLC<br>2900 NE Blakeley St., Suite B<br>Seattle, WA 98105 | Joseph Brotherton<br>Email: Joeb@joebrotherton.com | Note | | | | $3,000,000.00 |
| 2 | Liberty Mutual Insurance<br>175 Berkely St.<br>Boston, MA 02116 | Phone: (425) 709-3600 | Insurance | | | | $709,168.80 |
| 3 | Vietnam Naise New Materials Company Limited<br>Lot CN-10<br>Song Khe-Noi Hoang Industrial Zone<br>Bac Giang City, Vietnam | | Trade | | | | $507,582.33 |
| 4 | Georgia Power<br>241 Ralph McGill Blvd NE<br>Atlanta, GA 30308 | Phone: (888) 660-5890 | Utilities | | | | $374,171.49 |
| 5 | Yschem New Materials Company<br>Bat Phi Quarter, Nhan Hoa Ward<br>Que Vo Town,<br>Bac Ninh Province, Vietnam | | Trade | | | | $210,702.71 |
| 6 | Kodi New Material Company Limited<br>Lot CN-10, Hoa Phu Industrial Park<br>Mai Dinh Commune, Hiep Hoa District<br>Bac Giang Province, Vietnam | Email: kodivietnam.ltd@gmail.com | Trade | | | | $150,190.19 |
| 7 | I4F Licensing NV<br>Industriedijk 19<br>2300 Turnhout, Belgium | Phone: +32 (0) 11 922 111<br>Email: finance@i4f.com | Licensing | | | | $118,241.97 |
| 8 | IVC US LLC<br>160 South Industrial Blvd<br>Calhoun, GA 30701 | | Trade | | | | $115,626.20 |
| 9 | Wexford International Inc.<br>190 Main St., Suite 102<br>Gladstone, NJ 07934 | Phone: (908) 781-7200<br>Email: contact@wexfordint.com | Trade | | | | $109,123.93 |
| 10 | Verity Properties, Inc.<br>1000 N Green Valley Pkwy Ste 440,<br>Henderson, NV 89074 | Jerry L. and Deborah J. Ivy<br>Phone: (650) 967-3085 ext. 112<br>Email: accounts-receivable@verityproperties.com | Rent | | | | $77,063.42 |
| 11 | Faven<br>795 Hammond Dr. Unit 403,<br>Atlanta, GA 30328 | | Professional Services | | | | $70,757.00 |
| 12 | U.S. Customs and Border Protection<br>1300 Pennsylvania Ave NW,<br>Washington, DC 20229 | | Tax | | | | $67,823.34 |
| 13 | Imerys Carbonates USA, Inc.<br>100 Mansell Ct. E, Suite 300<br>Roswell, GA 30076 | Email: ar.imerys@btclients.com | Trade | | | | $59,530.07 |

Modified Official Form 204    **Consolidated List of Top Thirty (30) Unsecured Creditors**    page 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | ABF Freight<br>1165 Wilburn Rd<br>Conley, GA 30288 | Phone: (503) 228-2361<br>Email: achremittance@arcb.com | Trade | | | $58,187.13 |
| 15 | Venable LLP<br>600 Massachusetts Ave NW<br>Washington, DC 20001 | Phone: (410) 528-2805<br>Email: Finance@Venable.com | Professional Services | | | $54,449.95 |
| 16 | Sherwin-Williams Company<br>101 W Prospect Ave<br>Cleveland, OH 44115 | Greg M. Fuller<br>Phone: (404) 542-5623<br>Email: greg.m.fuller@sherwin.com | Trade | | | $52,704.00 |
| 17 | Netsuite<br>500 Oracle Parkway<br>Redwood Shores, CA 94065 | Phone: (800) 762-5524 | Trade | | | $44,257.58 |
| 18 | Robbins Litigation and Regulatory Law<br>500 14th Street NW<br>Atlanta, GA 30318 | | Professional Services | | | $43,936.83 |
| 19 | ShinHo Industry Corp.<br>No. 6, Jing 1st Rd, Wuqi District<br>Taichung City, Taiwan 435 | David Jo<br>Phone; +82 10 9166 8411<br>Email: davidjo@shinhodecor.com | Trade | | | $34,048.00 |
| 20 | HONG KONG JIANGCHUAN TRADING COMPANY LIMITED<br>Unit 1101, 11/F, Chao's Building<br>143-145 Bonham Strand East<br>Sheung Wan, Hong Kong | Zhang Hengfeng<br>Phone: +86-18018228222<br>Email: milans@mt-floor.com | Trade | | | $32,596.56 |
| 21 | FREEMAN – International Services Event<br>1600 Viceroy Dr<br>Dallas, TX 75235 | | Professional Services | | | $32,062.50 |
| 22 | Davis Wright Tremaine LLP<br>300 N LaSalle St #2200<br>Chicago, IL 60654 | James M. Mei<br>Phone: (503) 778-5315<br>Email: Jimmei@dwt.com | Professional Services | | | $26,932.63 |
| 23 | Clifton Larson Allen LLP<br>3575 Piedmont Rd NE, Bldg 15, Ste 155<br>Atlanta, GA 30305 | | Professional Services | | | $25,628.93 |
| 24 | GP Corrugated LLC<br>950 W Industrial Blvd, McDonough, GA 30253 | Email:SVC_GPCashApp@gapac.com | Trade | | | $23,935.04 |
| 25 | Estes Express<br>6125 Duquesne Dr SW,<br>Atlanta, GA 30336 | | Trade | | | $22,633.49 |
| 26 | Total Talent Search, Inc.<br>1000 Corporate Landing Pkwy<br>Virginia Beach, VA 23454 | | Professional Services | | | $20,700.00 |
| 27 | ANHUI SUNHOUSE FLOOR TECHNOLOGY CO., LTD<br>Cheng Nan Industrial Park, Yu'an District<br>Liuan, Anhui, China 237000 | Peter Zhang<br>Phone: 13305650178<br>Email: peter@sunhousefloor.com | Trade | | | $18,269.84 |
| 28 | Vietnam Heng LI New Materials Co. Ltd<br>Lot CN-03<br>Song Khe-Noi Hoang Industrial Zone<br>Bac Giang City, Vietnam | | Trade | | | $17,946.24 |
| 29 | Maanshan Best Purchaser Import and Export Trad Co. Ltd<br>Building G2, No. 18 Xingye Road<br>Baochanshan Economic Park<br>Hanshan County, Maanshan City<br>Anhui Province, China | | Trade | | | $17,516.06 |
| 30 | Recruit Mate LLC<br>455 Old Grassdale Road NE<br>Cartersville, GA 30121 | Phone: (404) 719-9987<br>Email: Recruit.Mate@outlook.com | Professional Services | | | $16,848.00 |

Modified Official Form 204                **Consolidated List of Top Thirty (30) Unsecured Creditors**                                    page 2

**Fill in this information to identify the case and this filing:**

Debtor Name: Wellmade Floor Coverings International, Inc.

United States Bankruptcy Court for the: __Northern__ District of __Georgia__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __List of Equity Secuirty Holders and Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/04/2025__      ✗ __/s/ David Baker_____
MM / DD / YYYY           Signature of individual signing on behalf of debtor

David Baker
_____
Printed name

Chief Restructuring Officer
_____
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**