**IT IS ORDERED as set forth below:**

**Date: August 11, 2025**

_____

Sage M. Sigler
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>WELLMADE FLOOR COVERINGS INTERNATIONAL, INC., *et al.*,[4]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-58764-sms<br><br>(Jointly Administered) |

**ORDER SHORTENING NOTICE AND SCHEDULING
EXPEDITED HEARING ON DEBTORS' MOTION OF THE DEBTORS FOR ENTRY
OF ORDERS (I)(A) ESTABLISHING BIDDING PROCEDURES RELATING TO THE
SALE OF THE DEBTORS' ASSETS, (B) APPROVING THE DEBTORS' ENTRY INTO
THE STALKING HORSE PURCHASE AGREEMENT AND RELATED BID
PROTECTIONS, (C) ESTABLISHING PROCEDURES RELATING TO THE
ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND
UNEXPIRED LEASES, (D) APPROVING FORM AND MANNER OF NOTICES
RELATING THERETO, (E) SCHEDULING A HEARING TO CONSIDER THE
PROPOSED SALE, AND (F) GRANTING RELATED RELIEF; AND (II)(A)
APPROVING THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL
LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (B) AUTHORIZING
THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY**

---

[4] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Wellmade Industries MFR. N.A LLC (1058) and Wellmade Floor Coverings International, Inc. (8425). The mailing address for the Debtors for purposes of these chapter 11 cases is: 1 Wellmade Drive, Cartersville, GA 30121.

**CONTRACTS AND UNEXPIRED LEASES, AND (C) GRANTING RELATED RELIEF**

Upon the *Emergency Motion of the Debtors for Entry of an Order Shortening Notice and Scheduling Expedited Hearing on Motion of the Debtors for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Approving the Debtors' Entry into the Stalking Horse Purchase Agreement and Related Bid Protections, (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving Form and Manner of Notices Relating Thereto, (E) Scheduling a Hearing to Consider the Proposed Sale, and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* (the "Motion");[2] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances; and this Court having determined that there is good and sufficient cause for the relief set forth in this Order; and after due deliberation thereon,

IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED** as set forth herein.

2. A hearing (the "Hearing") shall be held on the Bidding Procedures Motion on **August 21, 2025 at 10:00 a.m. (prevailing Eastern Time)** in Courtroom 1201, Richard B. Russell Federal Building and United States Courthouse 75 Ted Turner Drive, SW Atlanta,

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or link on the judge's webpage, https://www.ganb.uscourts.gov/content/honorable-sage-m-sigler. Please also review the "Hearing Information" tab on the Court's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

3. Any party objecting to the relief requested in the Bidding Procedures Motion must file an objection with the Court by **4:00 p.m. (prevailing Eastern Time) on August 18, 2025** (the "Objection Deadline") and serve such objection on counsel to the Debtors and any other requisite parties by the Objection Deadline.

4. As soon as reasonably practicable after entry of this Order, the Debtors shall file and serve the Notice of Hearing attached hereto as **Exhibit 1** (the "Notice of Hearing") on (a) the Office of the U.S. Trustee for the Northern District of Georgia; (b) the Debtors' prepetition lender and Stalking Horse Bidder; (c) the DIP Lender; (d) the top 30 unsecured creditors; and (e) any party that has requested notice pursuant to Bankruptcy Rule 2002.

5. The Debtors' proposed Notice of Hearing is hereby approved as good and sufficient notice of the hearing on the Bidding Procedures Motion.

6. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

END OF DOCUMENT

4

*Prepared and presented by*:

**GREENBERG TRAURIG, LLP**

*/s/ John D. Elrod*
John D. Elrod (Ga. Bar. No. 246604)
Allison J. McGregor (Ga. Bar. No. 860865)
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Email:   elrodj@gtlaw.com
            Allison.McGregor@gtlaw.com

*Proposed Counsel for the Debtors and Debtors in Possession*

5

## **EXHIBIT 1**

**Form of Notice**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>WELLMADE FLOOR COVERINGS INTERNATIONAL, INC., *et al.*,[5]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-58764-sms<br><br>(Jointly Administered)<br><br>**Re Doc. No.** |

**NOTICE OF HEARING AND DEADLINE TO
OBJECT TO MOTION OF THE DEBTORS FOR ENTRY OF ORDERS (I)(A) ESTABLISHING BIDDING PROCEDURES RELATING TO THE SALE OF THE DEBTORS' ASSETS, (B) APPROVING THE DEBTORS' ENTRY INTO THE STALKING HORSE PURCHASE AGREEMENT AND RELATED BID PROTECTIONS, (C) ESTABLISHING PROCEDURES RELATING TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (D) APPROVING FORM AND MANNER OF NOTICES RELATING THERETO, (E) SCHEDULING A HEARING TO CONSIDER THE PROPOSED SALE, AND (F) GRANTING RELATED RELIEF; AND (II)(A) APPROVING THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (C) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on August 8, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the (a) *Motion of the Debtors for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Approving the Debtors' Entry into the Stalking Horse Purchase Agreement and Related Bid Protections, (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving Form and Manner of Notices Relating Thereto, (E) Scheduling a Hearing to Consider the Proposed Sale, and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [D.I. [38]] (the "Bidding Procedures Motion") and (b) the *Emergency Motion of the Debtors for Entry of an Order Shortening Notice and Scheduling Expedited Hearing on Motion of the Debtors for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Approving the Debtors' Entry into the Stalking Horse Purchase Agreement and Related Bid*

---

[5] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Wellmade Industries MFR. N.A LLC (1058) and Wellmade Floor Coverings International, Inc. (8425). The mailing address for the Debtors for purposes of these chapter 11 cases is: 1 Wellmade Drive, Cartersville, GA 30121.

*Protections, (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving Form and Manner of Notices Relating Thereto, (E) Scheduling a Hearing to Consider the Proposed Sale, and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [D.I. [•]] (the "Motion to Shorten").

**PLEASE TAKE FURTHER NOTICE** that, on August [•], 2025, the Court entered an order granting the Motion to Shorten and scheduled an expedited hearing for the Bidding Procedures Motion. *See* D.I. [•].

**PLEASE TAKE FURTHER NOTICE** that the Court shall hold a hearing (the "Hearing") on the Bidding Procedures Motion on **August 21, 2025 at 10:00 a.m. (prevailing Eastern Time)** in the Bankruptcy Court, Richard B. Russell Federal Building and United States Courthouse 75 Ted Turner Drive, SW Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or link on the judge's webpage, https://www.ganb.uscourts.gov/content/honorable-sage-m-sigler. Please also review the "Hearing Information" tab on the Court's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must do so by **August 18, 2025 at 4:00 p.m. (prevailing Eastern Time)** and attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August [•], 2025                              Respectfully submitted,

                                                 **GREENBERG TRAURIG, LLP**

                                                 */s/*
                                                 John D. Elrod (Ga. Bar. No. 246604)
                                                 Allison J. McGregor (Ga. Bar. No. 860865)
                                                 Terminus 200

3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Email: elrodj@gtlaw.com
        Allison.McGregor@gtlaw.com

*Counsel for the Debtors and Debtors in Possession*

ACTIVE 713730491

3