UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| WELLMADE FLOOR COVERINGS INTERNATIONAL, INC., *et al.*,[1] | : | CASE NO. 25-58764 - SMS |
| | : | |
| DEBTORS. | : | |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1102(a), the United States Trustee for Region 21 hereby appoints the following creditors to serve on the Committee of Creditors Holding Unsecured Claims in the above-captioned cases:

**Flooring Investments, LLC**
Jospeh Brotherton
2900 NE Blakeley St. Suite B
Seattle, WA 98105
(206) 790-7446
joe@btfamilyadvisors.com

**Yu Cong Liu**
c/o Aaron Halegua
Aaron Halegua, PLLC
524 Broadway, 11th Floor
New York, NY 10012
(646) 854-9061
ah@aaronhalegua.com

**The Sherwin-Williams Company**
Bruce P. Batista, Senior Litigation Counsel
101 W. Prospect Ave., 1100 Midland Building
Cleveland, OH 44115
(216) 515-4551
Bruce.P.Batista@sherwin.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Wellmade Industries MFR. N.A LLC (1058) and Wellmade Floor Coverings International, Inc. (8425). The mailing address for the Debtors for purposes of these chapter 11 cases is: 1 Wellmade Drive, Cartersville, GA 30121.

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

/s/
_____
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4478
lindsay.p.kolba@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

| | |
|---|---|
| Shawn M. Christianson | schristianson@buchalter.com, cmcintire@buchalter.com |
| Christopher K. Coleman | christopher.coleman@kslaw.com |
| John D. Elrod | elrodj@gtlaw.com, fieldss@gtlaw.com, allison.mcgregor@gtlaw.com |
| Will B. Geer | wgeer@rlkglaw.com, dsideris@rlkglaw.com, willgeer@ecf.courtdrive.com, 2836@notices.nextchapterbk.com, 6717577420@filings.docketbird.com, emiller@rlkglaw.com, lmassey@rlkglaw.com |
| Aaron Michael Halegua | ah@aaronhalegua.com |
| Mark S. Marani | mmarani@cpmtlaw.com, jpenston@cpmtlaw.com, ddouglas@cpmtlaw.com |
| Allison Jane McGregor | allison.mcgregor@gtlaw.com, fieldss@gtlaw.com |
| Bruce Z. Walker | bwalker@cpmtlaw.com, jpenston@cpmtlaw.com |
| Daniel Werner | dwerner@radfordscott.com, dwerner@ecf.courtdrive.com |
| Elaine Woo | ewoo@radfordscott.com |

I further certify that on this day, I caused a copy of this document to be served via e-mail on the following parties at the address shown for each.

| | |
|---|---|
| Flooring Investments, LLC<br>Jospeh Brotherton<br>joe@btfamilyadvisors.com | The Sherwin-Williams Company<br>Bruce P. Batista, Senior Litigation Counsel<br>Bruce.P.Batista@sherwin.com |

/s/
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4478
lindsay.p.kolba@usdoj.gov