**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>WELLMADE FLOOR COVERINGS INTERNATIONAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-58764-sms<br><br>(Joint Administration Requested)<br><br>**Related to Docket No. 15** |

**NOTICE OF FILING PROPOSED BUDGET IN CONNECTION WITH DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION FINANCING AND TO USE CASH COLLATERAL, (B) GRANTING LIENS AND SUPERPRIORITY CLAIMS, (C) GRANTING ADEQUATE PROTECTION, (D) MODIFYING THE AUTOMATIC STAY, (E) SCHEDULING FINAL HEARING, AND (F) GRANTING RELATED RELIEF**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this *Notice of Filing Proposed Budget in Connection with Debtors' Emergency Motion for Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing and To Use Cash Collateral; (B) Granting Liens and Superpriority Claims, (C) Granting Adequate Protection; (D) Modifying the Automatic Stay; (E) Scheduling a Final Hearing; and (F) Granting Related Relief.* In support hereof, the Debtors respectfully represent as follows:

1. On August 4, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division (the "Court"). The

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Wellmade Industries MFR. N.A LLC (1058) and Wellmade Floor Coverings International, Inc. (8425). The mailing address for the Debtors for purposes of these chapter 11 cases is: 1 Wellmade Drive, Cartersville, GA 30121.

ACTIVE 714055697v1

Debtors have continued in possession of their properties and have continued to operate and manage their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On August 5, 2025, the Debtors filed their *Emergency Motion for Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing and To Use Cash Collateral, (B) Granting Liens and Superpriority Claims, (C) Granting Adequate Protection, (D) Modifying the Automatic Stay, (E) Scheduling Final Hearing, and (F) Granting Related Relief* [Docket No. 15] (the "Motion"), as well as the *Notice of Filing Proposed Budget in Connection with Debtors' Emergency Motion for Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing and To Use Cash Collateral; (B) Granting Liens and Superpriority Claims, (C) Granting Adequate Protection; (D) Modifying the Automatic Stay; (E) Scheduling a Final Hearing; and (F) Granting Related Relief* (the "Proposed Interim Budget").

3. On August 7, 2025, the Court entered the *Interim Order Granting Emergency Motion for (A) (1) Authority to Incur Post-Petition Secured Indebtedness, (2) Authority to Grant Superpriority Status Pursuant to 11 U.S.C. § 364(c), (3) Authority to Grant Priming Liens Pursuant to 11 U.S.C. § 364(d), (B) Authorizing Postpetition Use of Cash Collateral and Granting Adequate Protection, (C) Modifying the Automatic Stay, (D) Scheduling A Final Hearing, and (E) Granting Related Relief* [Docket No. 30] (the "Interim Order"). Pursuant to the Interim Order, a hearing on the Motion is currently scheduled for 10:00 a.m. (prevailing Easter Time) on August 21, 2025 (the "Hearing").

4. In advance of the Hearing, the Debtors filed the *Notice of Filing Modified Proposed Second Interim Order (A) Granting Debtors' Motion for (1) Authority to Incur Post-Petition Secured Indebtedness, (2) Authority to Grant Superpriority Status Pursuant to 11 U.S.C. § 364(c),*

2

and (3) Authority to Grant Priming Liens Pursuant to 11 U.S.C. § 364(d), (B) Authorizing Postpetition Use of Cash Collateral and Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Granting Related Relief Thereto* [Docket No. 68] (the "Notice of Modified Proposed Order") on August 20, 2025. Attached as Exhibit A to the Notice of Modified Proposed Order is a *Proposed Second Interim Order (A) Granting Debtors' Motion for (1) Authority to Incur Post-Petition Secured Indebtedness, (2) Authority to Grant Superpriority Status Pursuant to 11 U.S.C. § 364(c), and (3) Authority to Grant Priming Liens Pursuant to 11 U.S.C. § 364(d), (B) Authorizing Postpetition Use of Cash Collateral and Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Granting Related Relief Thereto* (the "Proposed Second Interim Order").

5. The Proposed Second Interim Order referenced a budget (the "Budget") to be attached as Exhibit "2" thereto. The Budget was anticipated to be supplemented at or before the Hearing.

6. Attached hereto as **Exhibit A** is the proposed Budget.

Dated: August 20, 2025

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ John D. Elrod*
John D. Elrod, GA Bar No. 246604
Jake Evans, GA Bar No. 797018
Allison J. McGregor, GA Bar No. 860865
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2259
Facsimile: 678-553-2269
Email: elrodj@gtlaw.com
Jake.Evans@gtlaw.com
Allison.McGregor@gtlaw.com

*Proposed Counsel for the Debtors in Possession*

3

## **EXHIBIT A**

**Proposed Budget**

**Wellmade**
13-Week Debtor In Possession Cash Flow Forecast
*(Shown in USD Thousands)*

Distribution Date: 08/20/25

| | FILE | Act | Act | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | Fcst | 13-Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Actual/Forecast -->* | | | | | | | | | | | | | | | |
| *Week Number -->* | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
| *Week Ending Date -->* | 08/04/25 | 08/09/25 | 08/16/25 | 08/23/25 | 08/30/25 | 09/06/25 | 09/13/25 | 09/20/25 | 09/27/25 | 10/04/25 | 10/11/25 | 10/18/25 | 10/25/25 | 11/01/25 | (8/09-11/01) |
| **Receipts** | | | | | | | | | | | | | | | |
| AHF | | - | 1,147 | 485 | 784 | 784 | 775 | 775 | 750 | 735 | 715 | 698 | 685 | 698 | 9,031 |
| Other | | 391 | 177 | - | - | - | - | 28 | - | - | - | 14 | - | 21 | 631 |
| **Total Receipts** | | 391 | 1,324 | 485 | 784 | 784 | 775 | 803 | 750 | 735 | 715 | 712 | 685 | 719 | $ 9,662 |
| **Operating Disbursements** | | | | | | | | | | | | | | | |
| Raw Materials | | - | 227 | 484 | 362 | 356 | 392 | 434 | 297 | 341 | 277 | 224 | 230 | 84 | 3,706 |
| Freight | | - | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | - | - | - | 80 |
| Contract Employees | | - | 91 | 68 | 76 | 68 | 76 | 68 | 76 | 68 | 76 | 68 | 76 | 68 | 874 |
| Payroll | | 213 | 100 | 300 | 44 | 300 | 37 | 280 | 44 | 280 | 37 | 280 | 13 | 280 | 2,207 |
| Transport, Logistics, Warehousing | | - | - | - | 90 | 100 | - | - | - | 90 | 50 | 90 | - | 50 | 470 |
| Utilities | | - | - | 164 | 5 | 3 | - | 154 | 5 | 3 | - | 154 | - | 3 | 491 |
| Rent | | - | - | - | 7 | 92 | 171 | - | - | 99 | 171 | - | - | - | 539 |
| Professional Services / Legal - Normal Course | | - | - | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | - | - | - | 69 |
| Taxes & Insurance | | - | - | - | - | 88 | - | - | - | 88 | - | - | - | 88 | 264 |
| Other Operating | | - | 71 | 45 | 30 | 30 | 100 | 330 | 30 | 30 | 45 | 30 | 30 | 15 | 786 |
| **Total Operating Disbursements** | | 213 | 489 | 1,079 | 632 | 1,055 | 794 | 1,284 | 470 | 1,017 | 674 | 845 | 349 | 587 | 9,487 |
| **Weekly Net Cash Flow (Operations)** | | 179 | 835 | (594) | 152 | (271) | (19) | (481) | 280 | (282) | 41 | (133) | 336 | 132 | 176 |
| **Non-Operating Disbursements/(Receipts)** | | | | | | | | | | | | | | | |
| Debt - Interest Only | | - | - | - | - | 175 | - | - | - | 175 | - | - | - | 175 | 525 |
| Professional Services / Legal - Non-normal Course | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | | - | - | - | - | 175 | - | - | - | 175 | - | - | - | 175 | 525 |
| **Restructuring** | | | | | | | | | | | | | | | |
| Restructuring Fees (Escrowed) | | - | - | 420 | 400 | 165 | 185 | 140 | 90 | 65 | 70 | 50 | 50 | 50 | 1,685 |
| Claims and Noticing Agent | | - | - | - | - | - | 90 | - | - | - | 60 | - | - | 50 | 200 |
| Trustee Fee | | - | - | - | - | - | - | - | - | 65 | - | - | 24 | - | 89 |
| UCC Professionals | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utility Deposits | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Critical Vendor & 503b9 | | 140 | 314 | - | - | - | - | - | - | - | - | - | - | - | 454 |
| **Total Restructuring** | | 140 | 314 | 420 | 400 | 165 | 275 | 140 | 90 | 130 | 130 | 50 | 74 | 100 | 2,428 |
| Book Cash Beginning Balance | | 639 | 678 | 4,699 | 3,685 | 3,437 | 2,826 | 2,532 | 1,911 | 2,101 | 1,515 | 1,426 | 1,242 | 1,505 | $ 639 |
| Total Net Cash Flow | | 39 | 521 | (1,014) | (248) | (611) | (294) | (621) | 190 | (587) | (89) | (183) | 262 | (143) | (2,778) |
| DIP Draw | | - | 3,500 | - | - | - | - | - | - | - | - | - | - | - | 3,500 |
| **Book Cash Ending Balance** | | 678 | 4,699 | 3,685 | 3,437 | 2,826 | 2,532 | 1,911 | 2,101 | 1,515 | 1,426 | 1,242 | 1,505 | 1,361 | 1,361 |
| **DIP Loan** | | | | | | | | | | | | | | | |
| Beginning Balance | | - | - | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | |
| Weekly DIP Draw | | - | 3,500 | - | - | - | - | - | - | - | - | - | - | - | |
| Interest Reserve Held | | | 500 | | | | | | | | | | | | |
| **Ending Balance** | | - | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |