**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>WELLMADE FLOOR COVERINGS INTERNATIONAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-58764<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 8, 9, 10, 11, 12, 15, 17, 38** |

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 21, 2025 AT 10:00 A.M. (ET)**

**Time and Date of Hearing:**     August 21, 2025 at 10:00 a.m. (prevailing Eastern Time)

**Location of In-Person Hearing:**     The Honorable Sage M. Sigler
United States Bankruptcy Court for the
Northern District of Georgia
**Richard B. Russell Federal Building and**
**United States Courthouse**
**Courtroom 1202**
**75 Ted Turner Drive, S.W.**
**Atlanta, Georgia 30303**

**Location of Virtual Hearing:**     Parties participating in the hearing virtually may do so by using the following link:

https://www.zoomgov.com/j/1611794270?pwd=N0FtZ0JSU21sMHJqakdEY0x4Szc5UT09
Phone Number: 833-568-8864
Meeting ID: 161 179 4270

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Wellmade Industries MFR. N.A LLC (1058) and Wellmade Floor Coverings International, Inc. (8425). The mailing address for the Debtors for purposes of these chapter 11 cases is: 1 Wellmade Drive, Cartersville, GA 30121.

**Copies of Pleadings:** A copy of each pleading can be viewed on the Court's website at www.ganb.uscourts.gov and the website of the Debtors' proposed claims and noticing agent, Kurtzman Carson Consultants LLC dba Verita Global, at https://www.veritaglobal.net/Wellmade. Further information may be obtained by using the "Submit an Inquiry" function at https://www.veritaglobal.net/Wellmade/inquiry.

## UNCONTESTED MATTERS GOING FORWARD

1. ***Wages & Benefits Motion.*** Emergency Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Wages, Payroll Taxes, Certain Employee Benefits, and Related Expenses and (II) Directing Banks to Honor Related Transfers [Docket No. 8].

    Response Deadline: August 14, 2025 at 4:00 p.m. (prevailing Eastern Time)

    Responses Filed: None

    Related Documents:

    A. Interim Order (I) Authorizing the Debtors to Pay Prepetition Wages, Payroll Taxes, Certain Employee Benefits, and Related Expenses and (II) Directing Banks to Honor Related Transfers [Docket No. 31]

    B. Certificate of Service of Interim Order [Docket No. 60]

    C. Notice of Filing Modified Proposed Final Order (I) Authorizing the Debtors to Pay Prepetition Wages, Payroll Taxes, Certain Employee Benefits, and Related Expenses and (II) Directing Banks to Honor Related Transfers [Docket No. 69]

    Status: This matter is going forward on an uncontested basis.

2. ***Utilities Motion.*** Emergency Motion of the Debtors for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 9].

    Response Deadline: August 14, 2025 at 4:00 p.m. (prevailing Eastern Time)

    Responses Filed: None

    Related Documents:

    A. Interim Order (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 32]

    B. Certificate of Service of Interim Order [Docket No. 60]

    C. Notice of Filing Modified Proposed Final Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 72]

Status: The Debtors have agreed to certain edits to the proposed order provided by the proposed counsel for the Official Committee of Unsecured Creditors (the "Committee"). This matter is going forward on an uncontested basis.

3. ***Insurance Motion.*** Emergency Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies, Pay all Policy Premiums, and Renew or Enter Into New Policies, and (B) Continue Insurance Premium Financing Program, Pay Insurance Premium Financing Obligations Arising in Connection Therewith, and Renew Such Premium Financing Arrangements; (II) Authorizing the Debtors to Maintain Their Surety Bond Program, Pay Obligations in Connection Therewith, and Renew or Obtain New Surety Bonds; and (III) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto [Docket No. 10].

Response Deadline: August 14, 2025 at 4:00 p.m. (prevailing Eastern Time)

Responses Filed: None

Related Documents:

    A. Interim Order (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies, Pay All Policy Premiums, and Renew or Enter Into New Policies, and (B) Continue Insurance Premium Financing Program, Pay Insurance Premium Financing Obligations Arising in Connection Therewith, and Renew Such Premium Financing Arrangements; (II) Authorizing the Debtors to Maintain Their Surety Bond Program, Pay Obligations in Connection Therewith, and Renew or Obtain New Surety Bonds; and (III) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto [Docket No. 33]

    B. Certificate of Service of Interim Order [Docket No. 60]

    C. Notice of Filing Modified Proposed Final Order (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies, Pay all Policy Premiums, and Renew or Enter Into New Policies, and (B) Continue Insurance Premium

        Financing Program, Pay Insurance Premium Financing Obligations Arising in Connection Therewith, and Renew Such Premium Financing Arrangements; (II) Authorizing the Debtors to Maintain Their Surety Bond Program, Pay Obligations in Connection Therewith, and Renew or Obtain New Surety Bonds; and (III) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto [Docket No. 74]

        Status: The Debtors have agreed to edits to proposed order provided by the Committee's counsel which will be incorporated into a revised proposed order. This matter is going forward on an uncontested basis.

4.   ***Cash Management Motion.*** Emergency Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (II) Authorizing the Continued Use of Cash Management System, (III) Waiving Certain Investment and Deposit Guidelines, (IV) Authorizing the Debtors to Maintain Purchasing Card Program and Honor Prepetition Obligations Related Thereto, and (V) Granting Administrative Expense Status to Postpetition Intercompany Claims [Docket No. 11].

        Response Deadline: August 14, 2025 at 4:00 p.m. (prevailing Eastern Time).

        Responses Filed: None.

        Related Documents:

        A. Interim Order (I) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (II) Authorizing the Continued Use of Cash Management System, (III) Waiving Certain Investment and Deposit Guidelines, (IV) Authorizing the Debtors to Maintain Corporate Card Program and Honor Prepetition Obligations Related Thereto, and (V) Granting Administrative Expense Status to Postpetition Intercompany Claims [Docket No. 34]

        B. Certificate of Service of Interim Order [Docket No. 60]

        C. Notice of Filing Modified Proposed Final Order (I) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (II) Authorizing the Continued Use of Cash Management System, (III) Waiving Certain Investment and Deposit Guidelines, (IV) Authorizing the Debtors to Maintain Corporate Card Program and Honor Prepetition Obligations Related Thereto, and (V) Granting Administrative Expense Status to Postpetition Intercompany Claims [Docket No. 76]

        Status: This matter is going forward on an uncontested basis.

5.   ***Taxes Motion.*** Emergency Motion of the Debtors for Entry of an Order Authorizing (I) the Debtors to Pay Prepetition Taxes and Regulatory Fees in the Ordinary Course of Business

and (II) Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto [Docket No. 12].

Response Deadline: August 14, 2025 at 4:00 p.m. (prevailing Eastern Time)

Responses Filed: None

Related Documents:

- A. Interim Order Authorizing (I) the Debtors to Pay Prepetition Taxes and Regulatory Fees in the Ordinary Course of Business and (II) Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto [Docket No. 35]

- B. Certificate of Service of Interim Order [Docket No. 60]

- C. Notice of Filing Modified Proposed Final Order Authorizing (I) the Debtors to Pay Prepetition Taxes and Regulatory Fees in the Ordinary Course of Business and (II) Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto [Docket No. 70]

Status: This matter is going forward on an uncontested basis.

6. ***DIP Financing/Cash Collateral Motion.*** Emergency Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing and to Use Cash Collateral, (B) Granting Liens and Superpriority Claims, (C) Granting Adequate Protection, (D) Modifying the Automatic Stay, (E) Scheduling Final Hearing, and (F) Granting Related Relief [Docket No. 15].

Response Deadline: August 14, 2025 at 4:00 p.m. (prevailing Eastern Time).

Responses Filed: None.

Related Documents:

- A. Declaration of Teri Stratton in Support of the Emergency Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing and to Use Cash Collateral, (B) Granting Liens and Superpriority Claims, (C) Granting Adequate Protection, (D) Modifying the Automatic Stay, (E) Scheduling Final Hearing, and (F) Granting Related Relief [Docket No. 15-2]

- B. Interim Order (A) Authorizing the Debtors to Obtain Postpetition Financing and to Use Cash Collateral, (B) Granting Liens and Superpriority Claims, (C) Granting Adequate Protection, (D) Modifying the Automatic Stay, (E) Scheduling Final Hearing, and (F) Granting Related Relief [Docket No. 30]

- C. Certificate of Service of Interim Order [Docket No. 60]

    D. Notice of Filing Proposed Second Interim Order (A) Authorizing the Debtors to Obtain Postpetition Financing and to Use Cash Collateral, (B) Granting Liens and Superpriority Claims, (C) Granting Adequate Protection, (D) Modifying the Automatic Stay, (E) Scheduling Final Hearing, and (F) Granting Related Relief [Docket No. 68]

    E. Notice of Filing Modified Proposed Second Interim Order (A) Authorizing the Debtors to Obtain Postpetition Financing and to Use Cash Collateral, (B) Granting Liens and Superpriority Claims, (C) Granting Adequate Protection, (D) Modifying the Automatic Stay, (E) Scheduling Final Hearing, and (F) Granting Related Relief [Docket No. 79]

Status: Following a request by the Committee for a brief adjournment of the final hearing on this motion, the Debtors have circulated a proposed second interim order to cover a period of roughly one week. The Debtors have received comments from the Committee and the DIP Lender which are incorporated into the proposed order at Docket No. 79. This matter is going forward on an uncontested basis.

7. ***Critical Vendor Motion.*** Emergency Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) 503(B)(9) Claimants and (B) Critical Vendors and (II) Granting Related Relief [Docket No. 17].

    Response Deadline: August 14, 2025 at 4:00 p.m. (prevailing Eastern Time)

    Responses Filed: None

    Related Documents:

    A. Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) 503(B)(9) Claimants and (B) Critical Vendors; (II) Confirming Administrative Expense Priority of Outstanding Orders; and (III) Granting Related Relief [Docket No. 36]

    B. Certificate of Service of Interim Order [Docket No. 60]

    C. Notice of Filing Modified Proposed Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) 503(B)(9) Claimants and (B) Critical Vendors; (II) Confirming Administrative Expense Priority of Outstanding Orders; and (III) Granting Related Relief [Docket No. 73]

Status: The Debtors are considering certain edits to the proposed order provided by the Committee's counsel.

8. ***Bidding Procedures Motion.*** Motion of the Debtors for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Approving the Debtors' Entry into the Stalking Horse Purchase Agreement and Related Bid Protections, (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving Form and Manner of Notices

Relating Thereto, (E) Scheduling a Hearing to Consider the Proposed Sale, and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 38].

<u>Response Deadline</u>: August 18, 2025 at 4:00 p.m. (prevailing Eastern Time)

<u>Responses Filed</u>: None

<u>Related Documents</u>:

- A. Declaration of Teri Stratton in Support of the Debtors' Bidding Procedures Motion [Docket No. 39]

- B. Emergency Motion of the Debtors for Entry of an Order Shortening Notice and Scheduling Expedited Hearing on Motion of the Debtors for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Approving the Debtors' Entry into the Stalking Horse Purchase Agreement and Related Bid Protections, (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving Form and Manner of Notices Relating Thereto, (E) Scheduling a Hearing to Consider the Proposed Sale, and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 40]

- C. Order Shortening Notice and Scheduling Expedited Hearing on Motion of the Debtors for Entry of Orders (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Approving the Debtors' Entry into the Stalking Horse Purchase Agreement and Related Bid Protections, (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving Form and Manner of Notices Relating Thereto, (E) Scheduling a Hearing to Consider the Proposed Sale, and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 56]

- D. Certificate of Service of Docket Nos. 38, 39, 40, 56 [Docket No. 61]

- E. Notice of Filing Modified Proposed Order (I)(A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Approving the Debtors' Entry into the Stalking Horse Purchase Agreement and Related

Bid Protections, (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving Form and Manner of Notices Relating Thereto, (E) Scheduling a Hearing to Consider the Proposed Sale, and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 77]

Status: This matter is going forward on an uncontested basis. The Debtors have incorporated certain comments from the Committee's counsel.

Dated: August 21, 2025

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ John D. Elrod*
John D. Elrod, GA Bar No. 246604
Allison J. McGregor, GA Bar No. 860865
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2259
Facsimile: 678-553-2269
Email: elrodj@gtlaw.com
Allison.McGregor@gtlaw.com
*Proposed Counsel for the Debtors in Possession*

8

ACTIVE 714005131