

**IT IS ORDERED as set forth below:**

**Date: September 2, 2025**

_____
**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NUMBER: 25-58764-SMS |
| | : | |
| WELLMADE FLOOR COVERINGS | : | |
| INTERNATIONAL, INC., et al.[1], | : | CHAPTER 11 |
| | : | |
| | : | |
| | : | JUDGE SIGLER |
| Debtors. | : | |
| …………………………………………………: | | |

### ORDER OF ADMISSION *PRO HAC VICE*

The Court having read the Application of Cia H. Mackle for admission to practice *pro hac vice* in the above-styled case and it appearing that the Application meets the requirements of Bankruptcy Local Rule 9010-2, it is hereby:

ORDERED that the Application is GRANTED.

END OF DOCUMENT

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Wellmade Industries MFR. N.A LLC (1058) and Wellmade Floor Coverings International, Inc. (8425). The mailing address for the Debtors for purposes of these chapter 11 cases is: 1 Wellmade Drive, Cartersville, GA 30121.