## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>WELLMADE FLOOR COVERINGS INTERNATIONAL, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-58764<br><br>(Jointly Administered) |

## DECLARATION OF AARON HALEGUA

I, AARON HALEGUA, hereby declare:

1.  My law firm, together with Radford Scott LLP, represents the three named Plaintiffs— Yucong Liu, Yixiang Zhang, and Cangen Han (the "Plaintiffs" or "Labor Plaintiffs")— in the case *Liu, et al. v. Wellmade Industries Mfr. N.A. LLC, et al.*, Case No. 4:25-cv-001340-WMR, pending before the U.S. District Court for the Northern District of Georgia (the "District Court Litigation"). A copy of the Complaint in that case is attached as **Appendix C** of this filing.

2.  I am submitting this Declaration in support of the Labor Plaintiffs' Limited Opposition to Debtors' Motion Seeking Entry of an Order Setting a Bar Date for Filiing Proofs of Claim and Other Relief (ECF No. 137 (the "Motion")).

3.  The Debtors in this bankruptcy proceeding, Wellmade Industries Mfr. N.A. LLC and Wellmade Floor Coverings International, Inc. (together, "Wellmade" or "Debtors"), are named Defendants in the District Court Litigation.

4.  In total, Plaintiffs' counsel now represent fourteen (14) individuals who previously worked at the Wellmade factory in Cartersville, Georgia (the "Cartersville Facility"), all of whom opted-in to the District Court Litigation and are creditors of Wellmade. Plaintiffs' counsel are also in the process of interviewing several more.

1

5.   The Complaint in the District Court Litigation brings a collective action (opt-in) claim under the Fair Labor Standards Act ("FLSA") for unpaid overtime on behalf of all individuals who worked at the Cartersville Facility for more than 40 hours in a workweek.

6.   The Complaint also brings class action claims, pursuant to Fed. R. Civ. P. 23, on behalf of Chinese nationals who worked at the Cartersville Facility, for violations of the Trafficking Victims Protection Act ("TVPA"), Georgia Racketeer Influenced and Corrupt Organizations Act ("RICO"), Unjust Enrichment, and *Quantum Meruit.*

<u>Wellmade's Workforce</u>

7.   On March 26, 2025, federal law enforcement agents, including from the Federal Bureau of Investigation and Homeland Security Investigations, conducted a raid at the Cartersville Facility.

8.   An article in the *Georgia Gazette* published the day after the raid of the Cartersville Facility, attached as **Exhibit A**, reported that the Cartersville Facility employed over 300 workers. (The story is also available here: https://thegeorgiagazette.com/featured/two-arrested-after-300-labor-trafficking-victims-found-at-bartow-county-flooring-plant/#google_vignette).

9.   Wellmade employed dozens of foreign workers at the Cartersville Facility. The first group of these workers came directly from China on L or B visas to work for Wellmade at the Cartersville Facility ("Visa Workers"). The second group of workers, who were both Chinese and Latino, were recruited by third-party labor agents and then paid on an hourly basis to work at the Cartersville Facility ("Agency Workers"). The Visa Workers and Agency Workers are jointly referred to as the "Labor Claimants." All Labor Claimants regularly worked at least 72 hours per week.

10. I was informed by Wellmade's attorneys that the Debtors take the position that the Labor Claimants were not Wellmade "employees." Therefore, Wellmade's proposed plan for distribution

of bar date notice does not include notifying these workers. However, this position is legally and factually indefensible.

11. Under the FLSA's "joint employment" test, a worker can have more than one "employer" and each one is liable for violations of the statute.

12. My law firm posesses significant evidence demonstrating that the Debtors would easily meet, at minimum, the standard for being a joint (if not sole) employer of all Visa Workers and Agency Workers. Some examples of this evidence are attached as exhibits and described below.

<u>Visa Workers</u>

13. **Exhibit B** is a letter to the U.S. Consulate General in Shanghai, China from Jiayi "Morgan" Chen—the son of Wellmade owner Allen Chen and nephew of Wellmade owner George Chen—on behalf of Debtors, requesting that a B1 visa for opt-in member Yao Yan be approved so that he may come to work at the new $35 million Cartersville Facility.

14. **Exhibit C** is an "Offer of Employment" issued by Wellmade to one of the opt-in members, Nan Liu, which lists Mr. Liu's position, start date, place of employment, specific shift and schedule, compensation, and other terms of employment. The Offer of Employment also clearly states that Mr. Liu's regular shift was from 6:45 a.m. to 7:00 p.m.—thus, more than 12 hours per day.

15. **Exhibit D** is a screenshot of the activity in Nan Liu's Bank of America account, accessed on his cell phone, which shows multiple payments from "Wellmade."

16. **Exhibit E** is a statement from opt-in member Yixiang Zhang's bank account showing multiple transfers from "Wellmade."

17. **Exhibit F** contains two photographs of opt-in member Yixiang Zhang after he was struck in the face by a machine at the Cartersville Facility.

18. **Exhibit G** is a police report and follow-up report obtained from the Bartow County Sheriff's Office, related to an incident on June 7, 2024, during which a Chinese national employed at the Cartersville Facility called authorities to complain that his boss, Jiayi "Morgan" Chen, had confiscated his passport and would not return it.

19. **Exhibit H** is a timesheet bearing the Wellmade logo that Debtors used to record the number of shifts worked by various Labor Claimants, including Plaintiffs.

Agency Workers

20. Since the filing of the Complaint, at least six (6) Agency Workers have filed a Consent to Sue under the FLSA in the District Court Litigation.

21. My law firm has already learned of at least the following entities and individuals that acted as labor agents for Wellmade: Tigereye International Trading Co., Ltd. (an affiliate of Debtors); Jiangsu Yuanmei Bamboo and Wood Instury Co., Ltd. (an affiliate of Debtors); Starwin Service Inc.; Fusheng Lean Services Inc.; Jiefeng DENG; Jiawei SHI; OSM; Rong QI; Join-Win; Faven LLC; and Danny Herazo Chacuto. (The surnames of indivdiuals with Chinese names are capitalized.)

22. Like the Visa Workers, however, the Debtors exercised direct and indirect control over the Agency Workers that is more than sufficient to make them "employers" or "joint employers."

23. **Exhibit I** is a picture taken by Agency Worker and opt-in member Shengda Yu of himself with other employees of Wellmade, including other Chinese and Latino Agency Workers, on the production floor of the Cartersville Facility.

24. **Exhibit J** is a compilation of photos of severe hand injuries sustained by Agency Workers and opt-in members Shunkui Wang and Jinchao Si from when their hands were crushed in Wellmade machines in 2025.

25. **Exhibit K** is a Wellmade badge distributed to Agency Worker and opt-in member Shengxiang Yu.

26. **Exhibit L** is a WeChat conversation from April 2024 between Agency Worker and opt-in member Shengda Yu and Jianjun Lu, Wellmade's manager of the Cartersville Facility who was arrested along with George Chen and Morgan Chen, in which they discuss specific work tasks.

27. **Exhibit M** is a WeChat conversation from August 2024 between Agency Worker and Creditor Shengda Yu and Jianjun Lu in which Mr. Lu states he will offer Mr. Yu $18 per hour if he returns to work at the Cartersville Facility.

<u>Facial Recognition and Fingerprinting Systems</u>

28. I have been informed by both the Plaintiffs and other Labor Claimants that the Cartersville Facility had a facial recognition security system that it used to verify the identity of anyone who entered the factory, including both Visa Workers and Agency Workers, and that all Labor Claimants were required to use the Debtors' fingerprint system to track their work time.

<u>Wechat</u>

29. The Debtors communicated with Chinese Visa Workers and Agency Workers almost exclusively via various group chats on WeChat, a Chinese social media application.

30. For instance, Plaintiffs' counsel is aware of at least the following such WeChat Groups that Debtors established and used for this purpose: "第二车间 (Workshop 2)"; "在美人员生活群 (Living in America Group)"; and "设备保障组 (Equipment Support Group)."

<u>Intimidation by the Debtors' Principals</u>

31. Shortly after Plaintiffs commenced the District Court Litigation, the Debtors' principals engaged in a variety of tactics to try to dissuade the Plaintiffs from continuing their lawsuit, and putative class/collective members from joining the lawsuit.

32. On or around July 5, 2025, an individual claiming to be a China-based employee of the Debtors, or their affiliates, contacted Labor Claimant and opt-in member Haitao Sun by phone call and attempted to, in part, persuade him to withdraw from or otherwise settle his claims in the District Court Litigation. The employee represented that she had been in contact with the Debtors' principals and/or Debtors' attorneys, encouraged Mr. Sun to tell her what it would take for him to settle the case, and stated that she could relay any settlement demands to the Debtors' attorneys.

33. Also on or around July 5, 2025, an individual who was still at the time employed by the Debtors approached, ostensibly as a friend, Plaintiffs Yixiang Zhang and Cangen Han. The friend informed Mr. Zhang and Mr. Han that the the Debtors were hoping Plaintiffs would withdraw their claims. The employee then confirmed that they had initiated this conversation with Mr. Zhang and Mr. Han at the behest of the Debtors and/or their principals.

34. On August 6, 2025, an Order was entered in the District Court Litigation prohibiting Debtors and the individual defendants in that case from communicating, directly or indirectly, with the Plaintiffs or other Labor Claimants represented by my law firm, and instead requiring that all communications go through counsel.

35. Nonetheless, as recently as September 5, 2025, the wife of Jianjun Lu reached out to my clients in order to try to convince them to drop their lawsuit.

<u>Language Ability</u>

36. My communications with the Plaintiffs and all other Creditors whom I represent, both oral and written, have been exclusively in Mandarin/Chinese. These individuals generally have little or no English language proficiency. Indeed, several of my clients in the District Court Litigaiton are unable to sign their own names in English.

<u>Providing FLSA Notices in Bankruptcy Proceedings</u>

37. Plaintiffs' counsel is aware that bankruptcy courts have permitted notice to be issued to workers who may have FLSA claims against the debtors, such as in the matter, *In re Buffets, LLC, et al.*, No. 16-50557-rbk (W.D. Tx. Bankr. Oct. 17, 2016). **Exhibit N** is a copy of the Order in that matter authorizing notice to be sent to potential FLSA claimants as well as a copy of the Notice approved by the court. **Exhibit O** is a copy of the Order in that matter requiring the Debtor to provide counsel for claimants a list of addresses of all employees hired by the Debtor, so that the aforementioned notice could be distributed.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on the 14th day of September, 2025.

*/s/ Aaron Halegua*
Aaron Halegua

Exhibit A

SUBSCRIBE

# THE GEORGIA GAZETTE



HOME    LOGIN    SUBSCRIBE    COUNTIES    REMOVAL REQUEST    CONTACT

The Georgia Gazette > Bartow County News > Two arrested after 300+ labor trafficking victims found at Bartow County flooring plant

MARCH 27, 2025

# TWO ARRESTED AFTER 300+ LABOR TRAFFICKING VICTIMS FOUND AT BARTOW COUNTY FLOORING PLANT

BARTOW COUNTY NEWS · FEATURED





**Remove ads by [Supporting Independent News](#)**

Written by: E. George

*Published March 27, 2025 @ 12:20 PM ET*

**BARTOW COUNTY, Ga.** — Federal authorities, in cooperation with local law enforcement, conducted a significant operation on Wednesday at Wellmade Industries, a flooring manufacturing plant in Bartow County, as part of an ongoing investigation into labor trafficking. The investigation, which has been active for several months, centers around allegations that the business illegally employed foreign nationals under coercive and exploitative conditions.

Zhu Chen, the owner of Wellmade Industries, was arrested during the operation. Chen faces three felony counts of trafficking persons for labor servitude.

Jiayi Jia Chen, a second individual, was also taken into custody on similar charges. The two are accused of luring workers from overseas, primarily from China, and subjecting them to harsh working conditions with minimal pay.

At the time of the raid, federal agents were actively searching the Wellmade facility and several nearby homes believed to house employees. Authorities are investigating claims that these workers, who number between 300 and 400, were coerced into labor under fraudulent pretenses, being promised better pay and working conditions than they received. The workers were reportedly not paid fairly for their labor, and many were subjected to unsafe working environments.

The operation involved agents from multiple agencies, including the FBI, the Department of Homeland Security, the Georgia Bureau of Investigation, and the Bartow County Sheriff's Office. Federal agents have been working alongside interpreters and victim specialists to identify those affected by the alleged trafficking and provide support. Officials said that while the workers were mainly from China, people from other countries were also reportedly affected.

This investigation began after authorities received reports indicating that Wellmade Industries was engaged in trafficking activities, with

workers allegedly being brought into the U.S. under false pretenses. In addition to labor trafficking, authorities are also probing financial crimes linked to the business practices of the company and its owners.

Several former employees of Wellmade have spoken out about their experiences at the facility. One former worker, who left the company in 2022, described the conditions at the plant as "terrible" and unsafe. Reports from the Occupational Safety and Health Administration (OSHA) support these claims, citing multiple safety violations at the facility, including amputation hazards and inadequate protective gear for employees.

The business opened in 2019 and expanded its operations in 2020 with a $35 million investment that created 240 jobs. It primarily serves clients in the Atlanta area. However, the plant's reputation has been marred by accusations of poor working conditions, racial discrimination, and other unlawful practices. In one lawsuit, a former employee alleged that the company had failed to promote him to a promised management role and that non-Chinese employees were denied the opportunity to apply for higher-level positions.

The investigation into the activities at Wellmade Industries is ongoing. Once authorities have gathered sufficient evidence, the case will be handed over to the U.S. Attorney's Office to determine if formal charges will be filed against the company or its owners.

The federal agencies involved have emphasized the importance of ensuring the safety and well-being of the victims, and efforts are being made to connect them with legal and housing assistance. Though there has been no public statement on whether the workers will face deportation, experts have noted that in many cases, individuals trafficked for labor are not treated as criminals.

As the investigation unfolds, more information may be released regarding the victims, and authorities are encouraging anyone with additional information to come forward.

Exhibit B



**Wellmade®**
PERFORMANCE FLOORING

**Date: February 10, 2022**

**Mr. Yan, Yao**
Passport Number:    EC█████; Date of Birth:█████1986
Position:    Profile Engineer, Wellmade Floor Industries, Ltd. (Wellmade China)
Address:    No.17 Jingshan East Road, Gaochun Economy Zone Nanjing, 211300 China
Tel:    (86)25-57356000 | Fax: (86)25-57356333

**Visa Section**
**U.S. Consulate General**

Dear Visa officer,

Wellmade Floor Coverings International, Inc. (WFCI) cordially, <u>on an urgent basis</u>, invites Mr. Yao, Yan, Profile Engineer at Wellmade Floor Industries, Ltd. (Wellmade China) to visit Wellmade Industries MFR. N.A. LLC, a division of WFCI in February.

Mr. Yan's will inspect and instruct installation, maintenance, and modification on the profile equipment in the new factory. The profile equipment is all new state of the art machines, that need to be tested for optimal performance. It is vital to calibrate to precise measurement. He will inspect the machines from installation to testing. He will develop maintenance plans, and conduct machine safety training sessions. Mr. Yan will help Wellmade in starting up our new Georgia factory, an $35 million manufacturing investment project with planned 240 jobs on board in Bartow County, Georgia.

WFCI, an Oregon Corporation, has provided hard surface flooring collections to customers throughout the United States since 2001. Mr. Yan's visit is integral to the success of Wellmade's "Made in the USA" initiative, also ensuring the new Cartersville 328,000 SF new factory comply with all required quality control systems, clean environment, and safety regulations.

Mr. Yan will plan to spend two weeks in the US. WFCI will pay for all travel expenses, including transportation, food and hotels, and other expenses for his visits in the United States.

www.wellmadefloors.com

phone: 866.582.0848 • fax: 503.582.8402 • 26300 SW 95th Avenue, Suite 103 • Wilsonville, Oregon, 97070



**Wellmade**®
PERFORMANCE FLOORING

Please see web links below announcing Wellmade's new U.S. manufacturing facility
recently released from Georgia Governor Brian P. Kemp's office and Floor Covering
News.

https://www.georgia.org/newsroom/press-releases/wellmade-flooring-expands-
operations-georgia-invests-35-million-bartow

https://www.fcnews.net/2020/06/wellmade-breaks-ground-on-rigid-core-
manufacturing-plant-in-georgia/

Your favorable consideration and decision regarding Mr. Yan's visa application will be
very much appreciated.

Respectfully yours,

Morgan Chen

Georgia Plant Coordinator
**Wellmade Floor Coverings** International, Inc.
**Wellmade Industries MFR.** N.A. LLC

Exhibit C

**Wellmade**®
PERFORMANCE FLOORING

November 18, 2024

RE: Offer of Employment

Dear Nan Liu,

Wellmade Industries MFR N.A. LLC is pleased to offer you employment on the terms and conditions described in this letter. All offers of employment are conditional and based on the candidate successfully passing background checks and validations as authorized by the incumbent and paid for by Wellmade. These are done in keeping with USA Department of Homeland Security requirements and in keeping with applicable anti workplace violence and harassment legislation.

Please carefully read and consider the terms and conditions and confirm your understanding of the agreement by countersigning this letter in the space provided below and return an original signed copy to me.

**Position:**
You will be employed by Wellmade Industries MFR N.A. LLC as the performing duties as **Trainer/Operator**; in addition, in those duties Wellmade Industries MFR N.A. LLC may assign you additional duties from time to time.

**Start Date:**
Your employment with Wellmade Industries MFR N.A. LLC will commence on **November 18, 2024**, or based on availability of candidate.

**Place of Employment:**
Location: You will perform your work and services for Wellmade Industries MFR N.A. LLC from our Georgia facility.

**Shift:**
**Primary schedule is 6:45AM – 7:00PM**, Monday through Friday, with a 30 min unpaid lunch.  Shifts may change based on the requirements of the company.

**Compensation:**
- Base Salary. The Company shall pay Employee as compensation for Employee's services hereunder an annual **base salary of $50,000.00, plus a potential bonus of up to $10,000.00 based on achieved KPI's (TBD).** Such a salary shall be subject to applicable tax withholding and shall be paid periodically in accordance with normal Company payroll practices.

After completing a SIX (6) months introduction period, you will become eligible for Company benefits, ONE (1) month introduction period for medical benefits.

☐ Initial here stating you have read and understood the contents of this page  *Nan Liu*

Benefits:

PTO
Employees will be entitled to take PTO time each calendar year. You will be allotted 80 hours annually. New hires are eligible to take PTO after 6 months of employment. PTO hours accrue at 6.67 hours per month from date of hire.

Holidays
The Company also currently provides 7 paid holidays.

Business Expenses
Wellmade Industries MFR N.A. LLC will reimburse you for business expenses, consistent with Wellmade Industries MFR N.A. LLC policies, reasonably and properly incurred in connection with the performance of your duties. Receipts must accompany the request for reimbursement.

Health Care:
The Company offers medical, dental, vision, basic life insurance, voluntary life insurance, long term disability, short term disability, an accident plant, and critical illness. All are explained in the attached benefits booklet. You will become eligible for Company benefits on the 1st of the month following your first day of employment.

401K:
You will be eligible to participate in the Wellmade 401K program.

Services:
You will devote the whole of your time, attention, and ability to the business of Wellmade Industries MFR N.A. LLC and will use your best efforts to promote the interest of Wellmade Industries MFR N.A. LLC

Policies and Procedures:
You will be bound by and will faithfully observe and abide by all the policies and procedures of Wellmade Industries MFR N.A. LLC from time to time in force which are brought to your notice, of which you should reasonably be aware.

Confidential and Proprietary Information:
You acknowledge that, by reason of your employment with Wellmade Industries MFR N.A. LLC, you will have access to confidential and proprietary information, including, but not limited to trade secrets, customer lists, price lists, and other confidential and proprietary information concerning the business and affairs of Wellmade Industries MFR N.A. LLC. You agree that during and after your employment with Wellmade Industries MFR N.A. LLC, you will not use or disclose to any person (except in the proper course of your employment with Wellmade Industries MFR N.A. LLC) any such confidential and proprietary information acquired, created, or contributed to you.

☐ Initial here stating you have read and understood the contents of this page _Nan liu_

Exhibit D

‹   Adv Plus Bankin...7054    



🔍 Search transactions

Jan 24, 2025 $1,988.45
135787 WELLMADE $2,038.57
DES:DIR DEP ID:682
INDN:NAN LIU CO
ID:XXXXX27403 PPD

Jan 21, 2025 - $257.44

Jan 10, 2025 $1,988.45
135787 WELLMADE $1,992.56
DES:DIR DEP ID:682
INDN:NAN LIU CO
ID:XXXXX27403 PPD

Exhibit E

# Wells Fargo Everyday Checking

February 28, 2025 ■ Page 1 of 5



YIXIANG ZHANG

███████████

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**File your taxes early to help prevent identity theft**

Early filing helps prevent someone else from filing taxes in your name.
Find other tips at wellsfargo.com/spottaxscams

**A new twist on romance scams**

Scammers make friends with you on social media, then offer to show you how to invest in crypto.
**Watch for:** Promises of big returns, help with downloading a crypto app, or requests to wire money.

## Statement period activity summary

Account number ████████ **(primary account)**
YIXIANG ZHANG
*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  061000227



## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 2/7 | | 135787 Wellmade Dir Dep 250207 609 Yixiang Zhang | 1,599.21 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 2/21 | | 135787 Wellmade Dir Dep 250221 609 Yixiang Zhang | 1,590.95 | | |
| | | | | | |
| | | | | | |
| **Totals** | | | | | |



*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2025 - 02/28/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** Have any **ONE** of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $500.00 | $994.84 ⬚ |
| • Total amount of qualifying electronic deposits | $500.00 | $3,190.16 ⬚ |
| • Age of primary account owner | 17 - 24 | ⬚ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ⬚ |

RC/RC

# ☑ IMPORTANT ACCOUNT INFORMATION

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

**Other Wells Fargo Benefits**



**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as  clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ **Early Pay Day information**

With Early Pay Day, we may make funds from certain eligible direct deposits available for your use up to two days before we receive the funds from your payor. The Bank does not guarantee that any direct deposits will be made available before the date scheduled by the payor, and early availability of funds may vary between direct deposits from the same payor. When funds are made available early, this will be reflected in your account's available balance. Direct deposits made available early with Early Pay Day will not increase your account's ending daily balance, and will not count towards applicable options to avoid your account's monthly service fee, until the deposit posts to your account and is no longer pending (e.g., the pay date scheduled by your payor). Determinations about whether we will authorize and pay transactions and assess overdraft fees are based on an account's available balance. For example, using funds added to your available balance by Early Pay Day may lead to a negative ending daily balance showing on your account and statement while your available balance remains positive and no overdraft fees or returned items result. For interest-bearing accounts, interest on your incoming direct deposit will begin accruing on the business day we receive credit for the deposit from your payor's bank. For additional information about Early Pay Day, please refer to your Deposit Account Agreement.

**WELLS FARGO**

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
**A.** The ending balance
shown on your statement.. . . . . . . . . . . . . . .   $_____

### ADD
**B.** Any deposits listed in your                    $_____
register or transfers into                         $_____
your account which are not                         $_____
shown on your statement.                       + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $_____

### SUBTRACT
**C.** The total outstanding checks and
withdrawals from the chart above. . . . . . . . .  - $_____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . .   $_____

| Number | Items outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total $**       |        |

**To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.**

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



Exhibit F



Exhibit G

## BARTOW COUNTY SHERIFF'S OFFICE
### FIELD CASE REPORT
CASE#**2024-00015754**

---

### NARRATIVE

On 06/07/2024 I, Deputy Puckett, was dispatched to speak with Jiagen Yang in reference to his passport being stolen. On scene I spoke with Yang, whom does not speak English, with the help of Weiqing Li.

All of the statements referred to as Yang's were translated through Li.

Yang began to work at Wellmade Performance Flooring on January 18, 2024. Yang was asked to resign on 06/07/2024 at approximately 0730. Yang's boss, Morgan Chen, had physical possession of Yang's passport throughout his employment. Yang advised that, even after his employment was terminated, Chen kept possession of the passport.

I asked Yang why Chen had the passport to begin with. Yang told me Chen has actual physical possession of all of the Chinese employees passports. Yang went on to say that there are several undocumented workers that work at the plant as well.

I asked Yang if he asked for the passport back before leaving the property. Yang said he did not due to being afraid of his boss. Yang claimed the boss is a physically violent man and that is why he is scared of him.

Yang did provide me with a phone number for Chen. I attempted to contact Chen via phone two times with no success.

Nothing further at this time.

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 955 Puckett | 6/7/2024 | Evans, Carlos | 06/08/2024 |

**3** OF**3**

## BARTOW COUNTY SHERIFF'S OFFICE
### FIELD CASE REPORT          CASE#2024-00015754

---

### NARRATIVE

On June 11, 2024, I was dispatched to 1 Wellmade Dr, Cartersville GA in reference to a follow-up on the original theft report.

Upon arrival, I met with Mr. Li and Mr. Yang. They were there to retrieve Mr. Yang's passport which was being held by Mr. Yang's former boss. Mr Li stayed off the property and Mr. Yang and I went to the lobby of the business. There we spoke with Walesta White who was an HR employee for Wellmade. I informed her we were there to get Mr. Yang's passport. She seemed confused by this and I told her that Mr. Yang had reported to us that the company was holding his passport along with several other Chinese employee's passports. Her original statement was that they had better not be, And then she went to get the passport.

When Walesta returned she had Mr. Yang's passport and explained that Mr. Yang was living in company housing and that apparently the company holds onto the passports of their workers for safekeeping. She said they do this because there are so many people living in one house and it prevents theft. She said the company had been trying to contact Mr. Yang to give him his passport but he had ignored them and made threats to another employee. She said she couldn't confirm the threats because she does not speak Chinese. She returned the passport to Mr. Yang and asked if he needed anything else. He said he needed to get a few things from the house.

We then relocated to the company house and retrieved the last of Mr. Yang's property. This case is being left active due to the suspicious nature of the call and because it is unclear if the company gave the passport back willingly or because I was there.

A/V 949 BW

Nothing further at this time.

---

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 949 Evans | 6/7/2024 | Bowden, Blake | 06/11/2024 |

3  OF3

Exhibit H

**Wellmade®** PERFORMANCE FLOORING

# 江苏源美竹木业有限责任公司考勤表

部门：美国工厂　　　　　　　2024 年 5 月

| 姓名 | 班次 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 本月出勤 | 签字确认 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 高艳喜 | 白 | √ | √ | √ | √ | ▽ | ▽ | √ | √ | √ | | | | | | | | | | | | | | | | | | | | | | | 28天 | |
| | 夜 | | | | | | | | | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | ▽ | √ | √ | √ | √ | √ | | |
| 石红星 | 白 | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | 0.5 | 0.5 | √ | √ | √ | √ | √ | √ | √ | √ | √ | 30天 | |
| | 夜 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 刘永庆 | 白 | √ | √ | √ | √ | ▽ | √ | √ | √ | √ | 0.5 | √ | √ | √ | √ | √ | √ | √ | √ | √ | ▽ | √ | √ | √ | √ | √ | ▽ | √ | √ | √ | √ | √ | 27.5天 | |
| | 夜 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 韩叁根 | 白 | √ | √ | √ | √ | ▽ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | 30天 | |
| | 夜 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 严遥 | 白 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 25天 | |
| | 夜 | √ | √ | √ | √ | ▽ | ▽ | √ | √ | √ | √ | ▽ | √ | √ | √ | ▽ | √ | √ | √ | √ | √ | √ | √ | √ | ▽ | ▽ | √ | √ | √ | √ | √ | √ | | |
| 刘育聪 | 白 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 28天 | |
| | 夜 | √ | √ | √ | √ | ▽ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | ▽ | ▽ | √ | √ | √ | √ | √ | √ | | |
| 乔增光 | 白 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 25天 | |
| | 夜 | √ | √ | √ | √ | ▽ | ▽ | √ | √ | √ | √ | ▽ | √ | √ | √ | √ | √ | √ | √ | ▽ | √ | √ | √ | √ | ▽ | √ | √ | √ | √ | √ | √ | √ | | |
| 张静静 | 白 | √ | √ | √ | ▽ | √ | √ | √ | √ | √ | √ | √ | ▽ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | | | | | | | | | | 28天 | |
| | 夜 | | | | | | | | | | | | | | | | | | | | | | | √ | ▽ | √ | √ | √ | √ | √ | √ | √ | | |
| 田建刚 | 白 | √ | √ | √ | √ | ▽ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | 30天 | |
| | 夜 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 张义祥 | 白 | √ | √ | √ | √ | ▽ | √ | √ | √ | √ | √ | √ | ▽ | √ | √ | √ | √ | √ | √ | √ | | | | | | | | | | | | | 28天 | |
| | 夜 | | | | | | | | | | | | | | | | | | | | √ | √ | √ | √ | √ | √ | ▽ | √ | √ | √ | √ | √ | | |
| 张辉 | 白 | | | | | | | | | | | | | | | | | | | | | | | | | | | √ | √ | √ | √ | √ | 5天 | |
| | 夜 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Wellmade®** PERFORMANCE FLOORING

## Jiangsu Yuanmei Bamboo and Wood Industry Co., Ltd. Attendance

Department: American factory    2024 Year 5 Month

| Name | Shift | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Days/shifts worked this month | Signatures |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 高艳喜 Yanxi GAO | Day | ✓ | ✓ | ✓ | ✓ | ▽ | ▽ | ✓ | ✓ | ✓ |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 28 days | |
| | Night | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| 石红星 Hongxing SHI | Day | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 0.5 | 0.5 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 days | |
| | Night | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 刘永庆 Yongqing LIU | Day | ✓ | ✓ | ✓ | ✓ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | 0.5 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | 27.5 days | |
| | Night | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 韩叁根 Cangen HAN | Day | ✓ | ✓ | ✓ | ✓ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 days | |
| | Night | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 严遥 Yao YAN | Day | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 25 days | |
| | Night | ✓ | ✓ | ✓ | ✓ | ▽ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | ▽ | ✓ | ✓ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ▽ | ▽ | ✓ | ✓ | ✓ | ✓ | | |
| 刘育聪 Yucong LIU | Day | ✓ | ✓ | ✓ | ✓ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ▽ | ▽ | ✓ | ✓ | ✓ | ✓ | 28 days | |
| | Night | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 乔增光 Zengguang QIAO | Day | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 25 days | |
| | Night | ✓ | ✓ | ✓ | ✓ | ▽ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | ▽ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| 张静静 Jingjing ZHANG | Day | ✓ | ✓ | ✓ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |  |  |  |  |  |  | 28 days | |
| | Night | | | | | | | | | | | | | | | | | | | | | | | | ✓ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| 田建刚 Jiangang TIAN | Day | ✓ | ✓ | ✓ | ✓ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 days | |
| | Night | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 张义祥 Yixiang ZHANG | Day | ✓ | ✓ | ✓ | ✓ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  |  |  |  |  |  |  |  |  |  |  |  | 28 days | |
| | Night | | | | | | | | | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ▽ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| 张辉 Hui ZHANG | Day | | | | | | | | | | | | | | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 5 days | |
| | Night | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## CERTIFICATE OF TRANSLATION

    I, Angie Liao, certify that I am fluent in Chinese and English and am competent and qualified to translate from Chinese to English and vice versa. I further certify that the attached translation is true and accurate to the best of my abilities.


Angie Liao
Aaron Halegua, PLLC
524 Broadway, Fl. 11
New York, NY 10012
Telephone: (347) 378-9803

Exhibit I



Exhibit J

1. Shunkui Wang



2. Jinchao Si



Exhibit K



Exhibit L

13:16   5G

< 1        **Deer Lu**        ...

一号机，还没改过来

2024年4月14日 18:23

小武在弄了

2024年4月21日 13:10

每小时报数要坚持✊

2024年4月21日 13:20

收到

5号断了

2024年4月21日 13:26

什么时间断的

十五分钟左右

13:16    5G

< 1    **Deer Lu**    ···

Machine Unit 1 hasn't
been changed yet

April 14, 2024, 6:23 PM

Wu will do it

April 21, 2024, 1:10 PM

Keep updating me
every hour  ✊

April 21, 2024, 1:20 PM

Understood

Machine Unit 5 is broken

April 21, 2024, 1:26 PM

As of when?

About fifteen
minutes ago

**CERTIFICATE OF TRANSLATION**

I, Angie Liao, certify that I am fluent in Chinese and English and am competent and qualified to translate from Chinese to English and vice versa. I further certify that the attached translation is true and accurate to the best of my abilities.

Angie Liao
Aaron Halegua, PLLC
524 Broadway, Fl. 11
New York, NY 10012
Telephone: (347) 378-9803

Exhibit M

**Deer Lu**

我也跟小任几个联系一下去不去

住房自己解决，到手最低17，想办法给你们搞到18元一个小时

2024年8月23日 20:05

领导是不是跟小刑一样，税后

是的

到手

2024年8月23日 20:10

我们几个老员工现在都有工作，我联系一下，明天在联系你👋

好的，谢谢



Deer Lu

I also contacted Xiao Ren and a few others to see if they will go [work at the factory]

You'll have to find your own housing. The minimum would be $17/hr, I think I can get it to $18/hr

August 23, 2024, 8:05pm

In the end, after taxes, you receive the same as the pay scale before, right?

Yes

What you receive in the end

August 23, 2024, 8:10pm

Several of the old employees already have jobs, I reached out to them and will get back to you tomorrow

OK, thank you

## CERTIFICATE OF TRANSLATION

I, Angie Liao, certify that I am fluent in Chinese and English and am competent and qualified to translate from Chinese to English and vice versa. I further certify that the attached translation is true and accurate to the best of my abilities.

Angie Liao
Aaron Halegua, PLLC
524 Broadway, Fl. 11
New York, NY 10012
Telephone: (347) 378-9803

Exhibit N



**After the South Carolina district court noticing procedure is concluded, claimants are required to file proofs of claim (subject to any objections) in this bankruptcy case in order to hold the bankruptcy estate liable.**
**The relief described hereinbelow is SO ORDERED.**

**Signed October 17, 2016.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| | § | Chapter 11 |
| In re: | § | |
| | § | Case No. 16-50557-RBK |
| BUFFETS, LLC, et al. | § | |
| | § | |
| Debtors. | § | Jointly Administered |

_____

**ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Upon the motion of Movants Lynn Walter, Lynn Brown, and Kathlene Abston,

individually and on behalf of all others similarly situated ("Movants") for an order, pursuant to

11 U.S.C.§ 362(d), modifying the automatic stay in effect in this case under 11 U.S.C. § 362(a)

to permit Movants to enforce the notice order in a pending civil action in the United States

District Court of South Carolina Civil Action No. 6:13-cv-02995-JMC, against the Debtor

Buffets, Inc. d/b/a Ovation Brands ("Debtor"), and there being due and sufficient notice of the

Motion; and there being no objections to the requested relief; and, after due deliberation, good

and sufficient cause appearing, it is hereby

ORDERED, that the Motion is granted as provided herein; and it is further

ORDERED, that the automatic stay under 11 U.S.C. § 362(a) is modified pursuant to 11

U.S.C. § 362(d) solely to permit Movants to enforce the United States District Court of South

Carolina's orders allowing notice to issue to the FLSA class (ECF No. 127 and 157).

# # #

Prepared and submitted by:

Michael J.D. Sweeney, (*Pro Hac Vice*)
New York State Bar No. 2954923
Getman & Sweeney, PLLC
9 Paradies Lane
New Paltz, NY 12561
Tel.   845-255-9370
Fax   845-255-8649

COUNSEL FOR MOVANTS

**NOTICE OF YOUR RIGHT TO "OPT-IN" TO LAWSUIT AGAINST BUFFETS, INC.,**

**[Date of Mailing]**

Dear current or former Server for a Buffets, Inc. Restaurant including HomeTown Buffet, Ryan's, Old Country Buffet, Fire Mountain, and Country Buffet:

Enclosed is a Consent form allowing you to join a lawsuit that has been filed on behalf of Servers who have worked for Buffets, Inc., also known as Ovation Brands.

**What this lawsuit is about:**

This lawsuit claims that Buffets, Inc. improperly paid Servers less than the full minimum wage for time spent doing non-tip-producing work and that Buffets, Inc. did not pay Servers for all the hours that they worked in violation of the federal Fair Labor Standards Act ("FLSA").

Buffets Inc. denies the claims brought against it.

**Purpose of this Notice:**

You are receiving this Notice because you work (or have worked) for Buffets, Inc., also known as Ovation Brands, as a server between July 18, 2012 and the present date and are (or were) a tipped employee earning a sub-minimum, tip-credit wage. The purpose of this Notice is (1) to inform you of the existence of a lawsuit; (2) to advise you of how your rights may be affected by this lawsuit; and (3) to instruct you on the procedure for joining this lawsuit, should you choose to do so.

Although the U.S. Bankruptcy Court for the Western District of Texas, San Antonio Division has authorized the sending of this Notice, the Court expresses no opinion regarding the merits of the claims.

**Who can join this lawsuit:**

If you are a current or former Server who worked at a Buffets, Inc. restaurant since July 18, 2012 as a tipped employee earning a sub-minimum, tip-credit wage and (1) performed non-tip-producing duties totaling 20 percent or more of your time worked for which you were not paid the standard, non-tip-credit minimum wage and/or (2) performed work duties off-the-clock for which you were not paid, you have the right to join, or "opt-in" to, this lawsuit.

If you opt-in to the lawsuit, you may be required to participate in discovery and you will be bound by any ruling or settlement in this case whether favorable or unfavorable. If you do not opt-into the lawsuit, you retain the right to bring a separate lawsuit but the statute of limitations will continue running on your claims until you do so.

**No retaliation:**

The law prohibits retaliation against employees for exercising their rights under the FLSA. Therefore, you may not be discharged or subjected to discrimination in any manner because of your exercise of rights under the FLSA, including by joining this lawsuit.

**How to join:**

To join the case and be represented by the lawyers who are handling this case, you must fill out and return the enclosed Consent Form to:

<div align="center">

Getman & Sweeney
9 Paradies Lane
New Paltz, NY 12561
Tel: (845) 255-9370
Fax: (845) 255-8649
Email: jsherwood@getmansweeney.com

</div>

no later than **[30 days for Notice Mailing]**. The Servers in this case are also being represented by The Law Firm of David A. Young, LLC, The Hoyt Block Building, 700 West St. Clair Avenue, Suite 316, Cleveland, OH 44113 (www.davidyounglaw.com). You have a right to seek different counsel.

Walter et al., v. Buffets, Inc.

In re: Buffets, LLC, et al., Case No. 16-50557-RBK, U.S. Bankruptcy Court for
the Western District of Texas, San Antonio Division

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.    I consent and agree to pursue my claims arising out my employment since July 18, 2012. as a Server in a Buffets, Inc. restaurant, including HomeTown Buffet, Ryan's, Old Country Buffet, Fire Mountain, and Country Buffet in connection with the above-referenced lawsuit.

2.    As a Server, I worked as a tipped employee earning a sub-minimum, tip credit wage and (1) performed non-tip-producing duties totaling 20 percent or more of my time for which I was not paid the standard, non-tip-credit minimum wage and/or (2) performed work duties off-the-clock for which I was not paid.

3.    I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Bankruptcy Court or any settlement of this action.

4.    I hereby designate Michael Sweeney of Getman & Sweeney, 9 Paradies Lane, New Paltz, NY 12561, and David A. Young of the Law Firm Of David A. Young, LLC, The Hoyt Block Building, 700 West St. Clair Avenue, Suite 316, Cleveland, OH 44113 (Plaintiffs' Counsel), to represent me for all purposes in this action.

5.    I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' Counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Dated: _____    Address: _____

Signature: _____    City, State: _____

Name: _____    Zip code: _____

Email: _____    Phone: _____

**To join this suit, you must complete and return this form by mail, email, or fax by [30 days from Notice Mailing] to:**

Getman & Sweeney, 9 Paradies Lane, New Paltz, NY 12561, Tel: (845) 255-9370
Fax: (845) 255-8649, Email: jsherwood@getmansweeney.com.

This Consent to Sue is not valid or effective until you have received a receipt from Plaintiffs' Counsel indicating that it has been filed. If you have not received a receipt within 3 weeks from your transmission of the form to us, you must contact us.

Exhibit O



**The relief described hereinbelow is SO ORDERED.**

**Signed February 28, 2017.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>Buffets LLC, et al<br><br>                Debtors. | Chapter 11<br><br>Case No. 16-50557<br><br>(Jointly Administered)<br><br>**Debtors' Proposed Hearing:  February 14, 2017, at 2:00 p.m.** |

### ORDER ON FLSA CREDITORS' EMERGENCY MOTION TO COMPEL DEBTORS TO MAIL FLSA NOTICE TO CURRENT CLASS MEMBER ADDRESSES AND TO ALL MEMBERS OF THE CLASS

Debtors shall provide a list of the last known address and the dates of employment of all persons who were hired to work for Buffets, Inc., also known as Ovation Brands, and its successors, as servers after March 6, 2016. The list shall be delivered in a manipulable format that allows for effective and efficient Notice such as Microsoft Excel or .csv (the "Class List") to Plaintiffs' counsel by noon tomorrow, February 28, 2017, for delivery to Donlin Recano. Donlin Recano shall run the list through the U.S. Post Office's National Change of Address database (NCOA) and then mail Notice to the people on the list as directed by the Court's prior Order,

1

Dkt 2126, using any updated information from the NCOA. Donlin Recano shall mail Notice as

soon as practicable.


Dated this 27th day of February, 2017.

<div style="margin-left:40%">

Respectfully submitted,

Getman, Sweeney & Dunn, PLLC
9 Paradies Lane
New Paltz, NY 12561
Tel.   845-255-9370
Fax   845-255-8649

By: */s/ Michael J.D. Sweeney*

Michael J.D. Sweeney
State Bar No. 2954923

</div>