UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>WELLMADE FLOOR COVERINGS INTERNATIONAL, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-58764<br><br>(Jointly Administered) |

## DECLARATION OF YUCONG LIU

I, YUCONG LIU, hereby declare:

1. I am a named Plaintiff in the case *Liu, et al. v. Wellmade Industries Mfr. N.A. LLC, et al.*, Case No. 4:25-cv-001340-WMR, pending before the U.S. District Court for the Northern District of Georgia (the "District Court Litigation").

2. The Debtors in this bankruptcy proceeding, Wellmade Industries Mfr. N.A. LLC and Wellmade Floor Coverings International, Inc. (together, "Wellmade"), are named Defendants in the District Court Litigation.

3. I was employed by Debtors at their factory in Cartersville, Georgia (the "Cartersville Facility") from on or around March 1, 2022 until on or around August 21, 2024.

4. While I worked at Wellmade, there were usually dozens of individuals from China, like me and the other named Plaintiffs, for whom Wellmade had arranged visas so they could work a the Cartersville Facility (the "Visa Workers").

5. Additionally, there were Chinese and Latino workers who had been recruited by labor agencies to work at the Cartersville Facility (the "Agency Workers").

6. While I was at Wellmade, the Debtors' owners and managers, such as George Chen, Morgan Chen, and Jianjun Lu—all of whom were arrested—controlled all aspects of my and other

1

Visa Workers' employment. For instance, those individuals confiscated our passports, set our work hours, called us in to work extra hours or shifts, determined our pay rates and how we were paid, had power to hire and fire us, arranged our housing and deducted money from us for that housing, managed payroll, and provided (or did not provide) necessary personal protective equipment ("PPE") for our work.

7. Wellmade gave me a company email address: YuCongL@wellmademfr.com.

8. Wellmade managers and supervisors, such as Jianjun Lu, also directed and controlled the work of the Agency Workers, such as setting their schedules and telling them what work to perform at the Cartersville Facility.

9. Wellmade used a facial recognition system and fingerprint system for both Visa Workers and Agency Workers to control their access to the Cartersville Facility and record time worked.

10. I am aware that both Visa Workers and Agency Workers worked far more than 40 hours per week at the Cartersville Facility, and typically at least 72 hours per week.

11. I know that both Visa Workers and Agency Workers suffered injuries at the Cartersville Facility.

12. During my employment at the Cartersville Facility, I communicated with Wellmade's managers and supervisors, as well as my coworkers, almost exclusively through WeChat, a Chinese social media applicaiton. All of these communications were in Chinese.

13. Wellmade established chat groups on WeChat that included managers/supervisors and factory workers to discuss work matters.

14. **Exhibit A** is a screenshot of some of the messages exchanged in the WeChat group titled "Workshop 2" while I worked at the Cartersville Facility. As can be seen, George Chen and Allen Chen, Wellmade owners, were part of that WeChat group and sent directions and feedback to me and other workers. These communications were all in Chinese.

15. **Exhibit B** is a screenshot of some of the messages exchanged in the WeChat group titled "Living in the United States Group." As can be seen, George Chen was part of that WeChat group and sent directions and updates to me and other workers. These communications were all in Chinese.

16. I am aware that both Chinese and Latino Agency Workers also used WeChat to communicate with Wellmade employees and managers.

17. I am unable to read or understand English. I do not read any English-language newspapers or English-language websites.

18. The above declaration was translated for me from English into Mandarin Chinese on September 14, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Cartersville, Georgia on the 14th day of September, 2025.

/s/ *Yucong Liu*
Yucong Liu

## CERTIFICATE OF TRANSLATION

      I, Aaron Halegua, certify that I am fluent in Chinese and English and am competent and qualified to translate from Chinese to English and vice versa. I further certify that on September 14, 2025, I orally translated this declaration from English to Mandarin Chinese for Yucong Liu and that the translation was true and accurate to the best of my abilities.

*Aaron Halegua*
_____
Aaron Halegua
Aaron Halegua, PLLC
524 Broadway, Fl. 11
New York, NY 10012
Telephone: (646) 854-9061

4

# Exhibit A

← 二车间WORKSHOP2(20) 🔕  ⋯

2022年3月5日 晚上18:19

"George Chen"邀请你和"Shenghong Qiu、家好月圆、乘醉听箫鼓、Iris.C、落叶归根、YY、老王、斌、郑小波"加入了群聊

 George Chen

各位，这个群专门沟通，落实二车间的工作

 George Chen

周一开始上两个班，白班早上七点到下午五点。夜班下午五点到凌晨三点。

2022年3月5日 晚上18:36

"George Chen"邀请"坤宁之主、程海龙"加入了群聊

"程海龙"与群里其他人都不是微信朋友关系，请注意隐私安全

2022年3月5日 晚上18:44

3月5号白班产值:
33托:1650箱
设备线上余:45箱 

2022年3月5日 晚上18:52

 George Chen

无法在已退出的群聊中发送消息 ⓘ

← 二车间WORKSHOP2(20) 🔕 ⋯

2022年11月15日 晚上19:05


群聊"二车间"的郑小波



2022年11月15日 晚上19:44


George Chen

郑晓波，没有达标


George Chen

你要继续努力

2022年11月15日 晚上20:15


Allen摩根老爸

每天这些rework 的报告 要提交给仓库 统计 小陈 最终要提交给Supply Chain 这样他们才能提供可以卖的准确的数量给我们的客户。Thank you all!

2022年11月15日 晚上20:32


Iris.C

无法在已退出的群聊中发送消息 ⓘ

**Workshop 2 (20)**

March 5, 2022, 6:19 PM

"George Chen" invited you and "Shenghong Qiu, Jia Hao Yue Yuan, Cheng Zui Ting Xiao Gu, Iris.C, Luo Ye Gui Gen, YY, Lao Wang, Bin, Zheng Xiaobo" to join the group chat


George Chen

> Hello everyone, this group is dedicated to communication and planning of work for Workshop 2


George Chen

> Starting Monday, there will be two shifts. The day shift will be from 7am to 5pm. The night shift will be from 5pm to 3am.

March 5, 2022, 6:36 PM

"George Chen" invited "Lord of Kunning, Cheng Hailong" to join the group chat

"Cheng Hailong" is not a WeChat friend of anyone else in the group, please pay attention to privacy and security

March 5, 2022, 6:44 PM

> Update on output of the March 5 day shift:
> 33 pallets, 1,650 boxes
> Boxes remaining to be produced: 45



March 5, 2022, 6:52 PM


George Chen

Cannot send messages in a group chat you have exited!



**Workshop 2 (20)**

November 15, 2022, 7:05 PM

Zheng Xiaobo in the group chat "Workshop 2"



November 15, 2022, 7:44 PM



George Chen

Xiaobo Zheng, you did not meet the standards



George Chen

You must work harder

November 15, 2022, 8:15 PM



Allen Morgan Dad

These "rework" reports [quota updates] are submitted daily to Xiao Chen in the warehouse statistics department, and ultimately to Supply Chain so they can provide our customers with accurate sales quantities.
Thank you, all!

November 15, 2022, 8:32 PM



Iris.C

## CERTIFICATE OF TRANSLATION

      I, Angie Liao, certify that I am fluent in Chinese and English and am competent and qualified to translate from Chinese to English and vice versa. I further certify that the attached translation is true and accurate to the best of my abilities.

_____
Angie Liao
Aaron Halegua, PLLC
524 Broadway, Fl. 11
New York, NY 10012
Telephone: (347) 378-9803

# Exhibit B

在美人员生活群 (23)

2022年3月11日 上午10:04


George Chen

各位，仇园，孙红蓝，美国工厂是全厂禁烟的。多次强调了。请各位自觉遵守。

"George Chen" 撤回了一条消息

"George Chen" 撤回了一条消息


George Chen

请仇园制定一个制度，大家执行


George Chen

孙红蓝兑现


George Chen

上次有人从新加坡中转赴美，在新加坡吸烟，被罚款500美金。

2022年3月11日 上午10:09


George Chen

这里州法律也是禁止在公共场所吸烟的。马上来新的厂长。一旦他认真起来，就不好办了

2022年3月12日 上午07:31

无法在已退出的群聊中发送消息 ⓘ

**Living in the United States Group** (23)

March 11, 2022, 10:04 AM



**George Chen**

> Everyone — Qiu Yuan, Sun Honglan — smoking is strictly prohibited in our US factory. We have emphasized this many times. Please comply with this policy.

"George Chen" retracted a message

"George Chen" retracted a message



**George Chen**

> Qiu Yuan, please create a formal policy. Everyone must follow it.



**George Chen**

> Sun Honglan, follow through on what you agreed to do



**George Chen**

> A person was fined $500 for smoking in Singapore while transiting through Singapore to the U.S.

March 11, 2022, 10:09 AM



**George Chen**

> State law here also prohibits smoking in public places. A new factory manager is coming soon. He will get serious about enforcing this, and things will only get more difficult.

March 12, 2022, 7:31 AM

Cannot send messages in a group chat you have exited!

**CERTIFICATE OF TRANSLATION**

      I, Angie Liao, certify that I am fluent in Chinese and English and am competent and qualified to translate from Chinese to English and vice versa. I further certify that the attached translation is true and accurate to the best of my abilities.

_____
Angie Liao
Aaron Halegua, PLLC
524 Broadway, Fl. 11
New York, NY 10012
Telephone: (347) 378-9803