**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: <br><br> WELLMADE FLOOR COVERINGS INTERNATIONAL, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-58764 <br><br> (Jointly Administered) |

**NOTICE OF YOUR RIGHT TO REQUEST COMPENSATION FROM WELLMADE**

**[Labor Claimant Information]**

**You may be entitled to a payment if you worked at the Wellmade factory in Georgia**
*A court authorized this notice. This is not a solicitation from a lawyer.*

**[Date of Mailing]**

A group of people who worked at the Wellmade factory in Cartersville, Georgia filed a lawsuit against Welllmade Industries MFR. N.A. LLC and Wellmade Floor Coverings International, Inc. (together, "Wellmade") claiming that the company did not pay them overtime as required by U.S. law. The law requires that certain workers who work more than 40 hours in a single week be paid overtime. Any individuals who also worked at the Wellmade factory between January 1, 2020 until now and worked more than 40 hours in a week without receiving overtime has the right to join these workers in requesting their overtime pay.

**Why are you receiving this Notice?**

You are receiving this Notice because we have reason to believe you worked at the Wellmade factory in Cartersville, Georgia for more than 40 hours in a week and did not receive overtime pay.

**How does Wellmade filing for bankruptcy impact your claims?**

You may still file a claim to seek compensation from Wellmade. Wellmade filed for bankruptcy on August 4, 2024. Therefore, all claims against Wellmade are being handled by the U.S. Bankruptcy Court for the Northern District of Georgia, Atlanta Division. Therefore, workers may still assert any overtime claims or any other claims against Wellmade by filing a Proof of Claim with the Bankruptcy Court.

**How do I claim payment for my overtime work?**

If you choose to seek payment from Wellmade for your overtime payment, you must complete the attached Consent to File Proof of Claim form before the deadline and return it as instructed below.

**What if I have questions about my claims or the bankruptcy process?**

You may ask any questions to the lawyers who are already representing other workers in seeking overtime pay for their work at Wellmade. You may also find any other lawyer of your choosing.

Aaron Halegua, PLLC<br>
524 Broadway, 11th Floor<br>
New York, NY 10012<br>
Tel: (646) 854-9061<br>
Email: ah@aaronhalegua.com<br>
WeChat: ahalegua

**What is the deadline to file my claim?**

You must file your Proof of Claim against Wellmade within [**45 days**] of the date printed on the top of this Notice.

**What if I do not file a claim in the bankruptcy case?**

If you do not file a Proof of Claim against Wellmade by the deadline, the Bankruptcy Court may decide that you have given up any right to file any claim against Wellmade.

**Do I need to pay anything?**

You are not required to pay any money to contact the lawyers listed on this notice or to file your Proof of Claim.

**What if Wellmade retaliates against me?**

U.S. law prohibits retaliation against workers for exercising their rights under the law. Therefore, you may not be discharged or subjected to discrimination in any manner because of your exercise of rights under to be paid overtime, including by filing a claim in the bankruptcy case.

**CONSENT TO FILE PROOF OF CLAIM**

1. I consent and agree to pursue my claims arising from my work at Wellmade's factory located in Cartersville, Georgia during or after June 1, 2020.

2. I worked at the Wellmade factory for more than forty hours during one or more weeks, and I was not paid overtime at a rate of one-and-a half times my regular rate of pay for all of those hours.

3. I understand that I am bringing a claim for unpaid overtime under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*.

4. I hereby consent to file a Proof of Claim with the Bankruptcy Court and to be bound by any judgment by the Bankruptcy Court or any settlement of this action.

5. [ ] I hereby designate Aaron Halegua of Aaron Halegua, PLLC, 524 Broadway, 11th Floor, New York, NY 10012, and Daniel Werner of Radford Scott LLP, 7125 Clairemont Avenue, Suite 380, Decatur, GA 30030 (together, "Plaintiffs' Counsel"), to represent me for all purposes in this action.

[ ] I do not want to be represented by a lawyer or I will hire my own lawyer.

[
Name: _____  Address: _____

Email: _____  _____

WeChat: _____  Phone: _____

**In order for a Proof of Claim to be filed for you, you must complete and return this form and return it by mail, email, or WeChat within [45 days] from Notice Mailing to:**

Aaron Halegua, PLLC
524 Broadway, 11th Floor
New York, NY 10012
Tel: (646) 854-9061,
Email: ah@aaronhalegua.com
WeChat: ahalegua



Date: _____  Signature: _____