# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WELLMADE FLOOR COVERINGS INTERNATIONAL, INC., *et al.*,[1] | Case No. 25-58764 |
| Debtors. | (Jointly Administered) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on October 31, 2025, the **Labor Plaintiffs** filed the *Emergency Motion of the Labor Plaintiffs for Entry of an Order Shortening Notice and Scheduling Expedited Hearing on Labor Plaintiffs' Motion for Rule 2004 Examination and Production of Documents by Debtors and Allen Chen* (the "Emergency Motion") with the Court.

**PLEASE TAKE FURTHER NOTICE** that, on October 31, 2025, the Court entered an order granting the Emergency Motion and scheduled an expedited hearing for the *Labor Plaintiffs' Motion for Rule 2004 Examination and Production of Documents by Debtors and Allen Chen* (the "Rule 2004 Motion").

**PLEASE TAKE FURTHER NOTICE** that the Court shall hold a hearing (the "Hearing") on the Rule 2004 Motion on November 5, 2025 at 2:30 p.m. (EST) in Courtroom 1201, U.S. Bankruptcy Court, Richard B. Russell Federal Building and United States Courthouse 75 Ted Turner Drive, SW Atlanta, Georgia. Counsel and the parties are permitted to appear virtually for this hearing.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Rule 2004 Motion must be submitted in writing to the Court by 1:00 p.m. (EST) on November 4, 2025 (the "Objection Deadline") and such objection shall be served on counsel to the Labor Plaintiffs.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Wellmade Industries MFR, N.A. LLC (1058) and Wellmade Floor Coverings International, Inc. (8425). The mailing address for the Debtors for purposes of these chapter 11 cases is: 1 Wellmade Drive, Cartersville, GA 30121.

1

a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk by the deadline. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: October 31, 2025

Respectfully submitted,

*/s/ Aaron Halegua*
Aaron Halegua*
New York Bar No. 4764163
AARON HALEGUA, PLLC
524 Broadway, 11th Floor
New York, New York 10012
Telephone: (646) 854-9061
ah@aaronhalegua.com
*Admitted pro hac vice

*/s/ Daniel Werner*
Daniel Werner
Georgia Bar No. 422070
dwerner@radfordscott.com
Elaine Woo
Georgia Bar No. 430956
ewoo@radfordscott.com
RADFORD SCOTT LLP
125 Clairemont Ave., Suite 380
Decatur, Georgia 30030
Telephone: (678) 271-0300

*/s/ John-Patrick M. Fritz*
John-Patrick M. Fritz*
California Bar No. 245240
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, California 90034
Telephone: (310) 229-1234
jpf@lnbyg.com
*Admitted pro hac vice

*Counsel for the Labor Plaintiffs*

2