# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WELLMADE FLOOR COVERINGS INTERNATIONAL, INC., *et al.*,[1] | Case No. 25-58764 |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF CLOSING OF SALE OF DEBTORS' ASSETS AND REPAYMENT OF DIP OBLIGATIONS

**PLEASE TAKE NOTICE THAT** the Court entered the *Order (A) Approving The Private Sale of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [Docket No. 220] (the "Sale Order")[2] on October 8, 2025.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors closed the sale of the Assets referenced in the Sale Order on November 7, 2025.

**PLEASE TAKE FURTHER NOTICE THAT** on November 12, 2025, the Debtors repaid the DIP Obligations in full.

Dated: November 12, 2025

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ John D. Elrod*
John D. Elrod, Georgia Bar No. 246604
Allison J. McGregor, Georgia Bar No. 860865
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2259

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Wellmade Industries MFR. N.A LLC (1058) and Wellmade Floor Coverings International, Inc. (8425).  The mailing address for the Debtors for purposes of these chapter 11 cases is: 1 Wellmade Drive, Cartersville, GA 30121.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Sale Order.

1

Facsimile: 678-553-2269
Email: elrodj@gtlaw.com
Allison.McGregor@gtlaw.com
*Counsel for the Debtors in Possession*