**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| WELLMADE FLOOR COVERINGS INTERNATIONAL, INC., *et al.*,[1] | Case No. 25-58764-SMS |
| | (Jointly Administered) |
| Debtors. | **Re: Docket Nos. 275, 276** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JANUARY 6, 2026 AT 1:30 P.M. (ET)**

| | |
|---|---|
| **Time and Date of Hearing:** | January 6, 2025 at 1:30 p.m. (prevailing Eastern Time) |
| **Location of In-Person Hearing:** | The Honorable Sage M. Sigler<br>United States Bankruptcy Court for the<br>Northern District of Georgia<br>**Richard B. Russell Federal Building and**<br>**United States Courthouse**<br>**Courtroom 1201**<br>**75 Ted Turner Drive, S.W.**<br>**Atlanta, Georgia 30303** |
| **Copies of Pleadings:** | A copy of each pleading can be viewed on the Court's website at www.ganb.uscourts.gov and the website of the Debtors' proposed claims and noticing agent, Kurtzman Carson Consultants LLC dba Verita Global, at https://www.veritaglobal.net/Wellmade. Further information may be obtained by using the "Submit an Inquiry" function at https://www.veritaglobal.net/Wellmade/inquiry. |

**MATTERS GOING FORWARD**

1. ***GT's First Interim Fee Application.*** First Interim Application for Allowance of Compensation and Reimbursement of Expenses Incurred by Greenberg Traurig, LLP, Counsel for the Debtors, for the Period from August 4, 2025 through October 31, 2025

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Wellmade Industries MFR. N.A LLC (1058) and Wellmade Floor Coverings International, Inc. (8425). The mailing address for the Debtors for purposes of these chapter 11 cases is: 1 Wellmade Drive, Cartersville, GA 30121.

[Docket No. 275].

Response Deadline: December 23, 2025

Responses Filed:

    A. The Labor Plaintiffs' Limited Objection to Debtors' Interim Application for Allowance of Compensation and Reimbursement of Expenses Incurred by Greenberg Traurig, LLP [Docket No. 287]

Related Documents:

    B. Certificate of Service of Docket No. 275 [Docket No. 281]

Status: Following consultation with and instruction from the Court, a proposed order has been submitted for the Court's review.

2. ***Aurora's First Interim Fee Application.*** First Interim Application of Aurora Management Partners for Allowance of Compensation and Reimbursement of Expenses Incurred for the Debtors, for the Period from August 4, 2025 through September 30, 2025 [Docket No. 276].

Response Deadline: December 23, 2025

Responses Filed: None

Related Documents:

    A. Certificate of Service of Docket No. 276 [Docket No. 281]

Status: A proposed order has been submitted for the Court's review.

Dated: January 5, 2026

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ John D. Elrod*
John D. Elrod, GA Bar No. 246604
Allison J. McGregor, GA Bar No. 860865
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2259
Facsimile: 678-553-2269
Email: elrodj@gtlaw.com
Allison.McGregor@gtlaw.com

*Counsel for the Debtors and Debtors in Possession*

2