**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| WELLMADE FLOOR COVERINGS INTERNATIONAL, INC., *et al.*,[1] | Case No. 25-58764 |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON DEBTORS' OMNIBUS OBJECTION TO PROOFS OF CLAIM FILED BY IRFAN KIZILELMA, YUSHAN KUO, WEIQING LI, YANG LIU, AND YAN SHUANGYUN**

**PLEASE TAKE NOTICE** that, on February 23, 2026, the above-captioned debtors and debtors in possession (the "Debtors") filed an *Omnibus Objection to Proofs of Claim filed by Irfan Kizilelma, Yushan Kuo, Weiqing Li, Yang Liu, and Yan Shuangyun* (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Objection at **1:30 p.m. (prevailing Eastern Time) on March 31, 2026 in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Wellmade Industries MFR. N.A LLC (1058) and Wellmade Floor Coverings International, Inc. (8425). The mailing address for the Debtors for purposes of these chapter 11 cases is: 1 Wellmade Drive, Cartersville, GA 30121.

Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Date:   February 25, 2026                   Respectfully submitted,
        Atlanta, Georgia

                                  **GREENBERG TRAURIG, LLP**

                                  */s/ John D. Elrod*
                                  John D. Elrod, GA Bar No. 246604
                                  Allison J. McGregor, GA Bar No. 860865
                                  3333 Piedmont Road NE, Suite 2500
                                  Atlanta, Georgia 303095
                                  Telephone:  (678) 553-2259
                                  Facsimile: (678) 553-2269
                                  Email:  elrodj@gtlaw.com
                                  Allison.McGregor@gtlaw.com
                                  *Counsel for the Debtors in Possession*

2

719687071v1