**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| WELLMADE FLOOR COVERINGS INTERNATIONAL, INC., *et al.*,[1] | Case No. 25-58764-SMS |
|  | (Jointly Administered) |
| Debtors. | **Re: Docket Nos. 302, 312** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MARCH 11, 2026**

| | |
|---|---|
| **Time and Date of Hearing:** | **March 11, 2026 at 10:30 a.m. and 1:30 p.m. (prevailing Eastern Time)** |
| **Location of In-Person Hearing:** | The Honorable Sage M. Sigler<br>United States Bankruptcy Court for the<br>Northern District of Georgia<br>**Richard B. Russell Federal Building and**<br>**United States Courthouse**<br>**Courtroom 1201**<br>**75 Ted Turner Drive, S.W.**<br>**Atlanta, Georgia 30303** |
| **Copies of Pleadings:** | A copy of each pleading can be viewed on the Court's website at www.ganb.uscourts.gov and the website of the Debtors' proposed claims and noticing agent, Kurtzman Carson Consultants LLC dba Verita Global, at https://www.veritaglobal.net/Wellmade. Further information may be obtained by using the "Submit an Inquiry" function at https://www.veritaglobal.net/Wellmade/inquiry. |

**MATTERS GOING FORWARD AT 10:30 A.M. ET:**

1. ***Hilco's First and Final Fee Application.*** First and Final Fee Application of Hilco Corporate Finance, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker for the Debtors and Debtors in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Wellmade Industries MFR. N.A LLC (1058) and Wellmade Floor Coverings International, Inc. (8425). The mailing address for the Debtors for purposes of these chapter 11 cases is: 1 Wellmade Drive, Cartersville, GA 30121.

Possession for the Period from August 4, 2025, through and including the Closing Date [Docket No. 312].

Response Deadline: February 26, 2026

Responses Filed: None

Related Documents:

A.  Certificate of Service of Dkt. No. 312 [Docket No. 313]

Status:  A proposed Order has been uploaded.  This matter will go forward on an uncontested basis.

## ADJOURNED MATTERS

2.  ***AFCO's Motion for Stay Relief.*** Motion of AFCO Credit Corporation for an Order Granting Relief from the Automatic Stay, or, in the Alternative, for Adequate Protection [Docket No. 302].

Response Deadline: February 6, 2026

Responses Filed: None

Related Documents:

A.  Consent Order Granting in Part Motion of AFCO Credit Corporation for an Order Granting Relief from the Automatic Stay, or, in the Alternative, for Adequate Protection [Docket No. 319].

Status:  This matter is being adjourned by agreement to May 20, 2026 at 10:00 a.m. (prevailing Eastern Time) to provide the Movant with additional time to reconcile amounts at issue.

Dated: March 10, 2026

Respectfully submitted,

**GREENBERG TRAURIG, LLP**
*/s/ John D. Elrod*
John D. Elrod, GA Bar No. 246604
Allison J. McGregor, GA Bar No. 860865
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2259
Facsimile: 678-553-2269
Email: elrodj@gtlaw.com
Allison.McGregor@gtlaw.com
*Counsel for the Debtors and Debtors in Possession*

2

ACTIVE 720330152