**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| WELLMADE FLOOR COVERINGS INTERNATIONAL, INC., *et al.*,[1] | Case No. 25-58764-SMS |
|  | (Jointly Administered) |
| Debtors. | **Re: Docket Nos. 331, 365, 366** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 6, 2026 AT 10:15 A.M. (ET)**

**Time and Date of Hearing:**   **May 6, 2026 at 10:15 a.m. (prevailing Eastern Time)**

**Location of In-Person Hearing:**   The Honorable Sage M. Sigler
United States Bankruptcy Court for the
Northern District of Georgia
**Richard B. Russell Federal Building and**
**United States Courthouse**
**Courtroom 1201**
**75 Ted Turner Drive, S.W.**
**Atlanta, Georgia 30303**

**Location of Virtual Hearing:**   Parties participating in the hearing virtually may do so
by using the following link:

https://www.zoomgov.com/j/1611794270?pwd=N0FtZ0JSU21sMHJqakdEY0x4Szc5UT09
Phone Number: 833-568-8864
Meeting ID: 161 179 4270

**Copies of Pleadings:**   A copy of each pleading can be viewed on the Court's
website at www.ganb.uscourts.gov and the website of the
Debtors' proposed claims and noticing agent, Kurtzman
Carson Consultants LLC dba Verita Global, at
https://www.veritaglobal.net/Wellmade. Further
information may be obtained by using the "Submit an

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Wellmade Industries MFR. N.A LLC (1058) and Wellmade Floor Coverings International, Inc. (8425).  The mailing address for the Debtors for purposes of these chapter 11 cases is: 1 Wellmade Drive, Cartersville, GA 30121.

Inquiry" function at
https://www.veritaglobal.net/Wellmade/inquiry.

**RESOLVED MATTERS**

1.  ***Debtors' Omnibus Objection to Proofs of Claim.***  Debtors' Omnibus Objection to Proofs of Claim filed by Irfan Kizilelma, Yushan Kuo, Weiqing Li, Yang Liu, and Yan Shuangyun [Docket No. 331].

    Response Deadline: March 31, 2026

    Responses Filed: None

    Related Documents:

    A.  Certificate of Service of Dkt. No. 331 [Docket No. 332];

    B.  Notice of Hearing on Debtors' Omnibus Objection to Proofs of Claim filed by Irfan Kizilelma, Yushan Kuo, Weiqing Li, Yang Liu, and Yan Shuangyun [Docket No. 333];

    C.  Certificate of Service of Dkt. No. 333 [Docket No. 336]; and

    D.  Supplemental Certificate of Service of Dkt. No. 333 [Docket No. 342];

    E.  Agreed Order Resolving the Debtors' Omnibus Objection to Proofs of Claim filed by Irfan Kizilelma, Yushan Kuo, Weiqing Li, Yang Liu, and Yan Shuangyun  [Docket No. 374].

    Status:  An Agreed Order resolving the Objection has been entered and a hearing is no longer needed.

2.  ***GT's Second Interim Fee Application***.  Second Interim Application for Allowance of Compensation and Reimbursement of Expenses Incurred by Greenberg Traurig, LLP, Counsel for the Debtors, for the Period from November 1, 2026 through February 28, 2026 [Docket No. 365].

    Response Deadline: April 23, 2026

    Responses Filed:

    A.  The Labor Plaintiffs' Limited Objection to Debtors' Second Interim Application for Allowance of Compensation and Reimbursement of Expenses Incurred by Greenberg Traurig, LLP, Counsel for the Debtors, for the Period from November 1, 2026 through February 28, 2026 [Docket No. 368].

    Related Documents:

    B.  Certificate of Service of Dkt. No. 365 [Docket No. 367].

Status:  An Order granting the application has been entered and a hearing is no longer needed.

3.   ***Aurora's Second Interim Fee Application***.   Second Interim Application of Aurora Management Partners for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Debtors, for the Period from October 1, 2026 through February 28, 2026 [Docket No. 366].

Response Deadline: April 23, 2026

Responses Filed: None

Related Documents:

A.  Certificate of Service of Dkt. No. 366 [Docket No. 367].

Status:  An Order granting the application has been entered and a hearing is no longer needed.

Dated:  May 5, 2026

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ John D. Elrod*
John D. Elrod, GA Bar No. 246604
Allison J. McGregor, GA Bar No. 860865
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2259
Facsimile: 678-553-2269
Email: elrodj@gtlaw.com
Allison.McGregor@gtlaw.com

*Counsel for the Debtors and Debtors in Possession*

3

ACTIVE 722578311