# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

| | | |
|---|---|---|
| In Re: | Debtor(s)<br>**Wellmade Floor Coverings International, Inc.**<br>19150 SW 125th CT<br>Tualatin, OR 97062<br><br>**56–2328425** | Case No.: **25–58764–sms**<br>Chapter: **11** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

**June 17, 2026** at **01:30 PM** in **Courtroom 1201, Atlanta** to consider and act upon the following:

Motion for Leave to File Late Proof of Claim filed by Bo Deng (Doc. 393)

The hearing may be attended in person or via the Court's Virtual Hearing Room. Please check the "Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, for more information and instructions on how to participate in Court hearings.

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

_Vania S. Allen_
_____

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated: June 10, 2026

Form 165v
Revised August 2025