**IT IS ORDERED as set forth below:**


**Date: June 24, 2026**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| WELLMADE FLOOR COVERINGS INTERNATIONAL, INC., *et al.*,[1] | Case No. 25-58764 |
| Debtors. | (Jointly Administered) |
| | **Re Docket Nos. 393, 394 & 395** |

<u>**ORDER AND NOTICE OF CONTINUED HEARING**</u>

**IT IS HEREBY ORDERED and NOTICE IS HEREBY GIVEN** that a continued

hearing on the *Motion for Leave to File Late Proof of Claim by Creditor Bo Deng* [Docket No.

393], *Motion for Leave to File Late Proof of Claim by Creditor Gengxu Wang* [Docket No. 394],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Wellmade Industries MFR. N.A LLC (1058) and Wellmade Floor Coverings International, Inc. (8425). The mailing address for the Debtors for purposes of these chapter 11 cases is: 1 Wellmade Drive, Cartersville, GA 30121.

and *Creditor Haitao Li's Formal Objection to Proposed Settlement Agreement and Motion for Allowance to File Late Proof of Claim and Excusable Neglect* [Docket No. 395], and the objections thereto will be held on **July 16, 2026 at 10:00 a.m. (prevailing Eastern Time)** in **Courtroom 1201, United States Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia 30303,** which may be attended in person or via the Court's Virtual Hearing Room.  If you intend to present evidence or testimony at the hearing, you must attend the hearing in person.  You may join the Virtual Hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website.  Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing.  You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise.

---

**本院现作出命令并发布通知如下**：针对《债权人 Bo Deng 提交的逾期提交债权证明许可申请》（案卷号：393）、《债权人 Gengxu Wang 提交的逾期提交债权证明许可申请》（案卷号：394），以及《债权人 Haitao Li 提交的对拟议和解协议的正式异议暨逾期提交债权证明许可与可免责过失申请》（案卷号：395），连同就上述动议提出的各项异议，续行听证定于 **2026 年 7 月 16 日上午 10:00（美国东部当地时间），在佐治亚州亚特兰大市西南特德·特纳大道 75 号美国联邦法院大楼 1201 号法庭举行**。本次听证可现场出席，亦可通过法院虚拟听证室线上参加；若拟在听证中提交证据或出庭作证，必须现场出席。

---

**[END OF ORDER]**

*Prepared and presented by*:

**GREENBERG TRAURIG, LLP**

*/s/ John D. Elrod*
John D. Elrod, Ga. Bar No. 246604
Allison J. McGregor, Ga. Bar No. 860865
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: 678-553-2259
Facsimile: 678-553-2269
Email: elrodj@gtlaw.com
 Allison.McGregor@gtlaw.com

*Counsel for the Debtors and Debtors in Possession*

**Distribution List**

Wellmade Floor Coverings International, Inc.
1197 Peachtree St. NE, Suite 780
Atlanta, GA 30361
Attn: David Baker

Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Attn: John D. Elrod

Kurtzman Carson Consultants LLC d/b/a Verita Global
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Attn: Drake D. Foster

Office of the United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
Attn: Lindsay Kolba

King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Attn: Austin Jowers

Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Rd., Suite 350
Atlanta, GA 30329
Attn: Will Geer

Pachulski Stang Ziehl & Jones LLP
1700 Broadway, 36th Floor
New York, NY 10019
Attn: Bradford J. Sandler

Small Herrin
100 Galleria Parkway, Suite 350
Atlanta, GA 30339
Attn: Gus H. Small

1

Radford Scott LLP
125 Clairemont Ave., Suite 380
Decatur, Georgia 30030

Aaron Halegua, PLLC
524 Broadway, 11th Floor
New York, New York 10012

Haitao Li
318 Penn Station Way
Euharlee, GA 30120

Bo Deng
8006 Rocky Creek Drive
Columbus, GA 31904

Gengxu Wang
72 Market St.
Pittston, PA 18640

2