**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>WELLMADE FLOOR COVERINGS INTERNATIONAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-58764-SMS<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 385, 464, 470, 471** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**COMBINED HEARING ON AUGUST 27, 2026 AT 10:00 A.M. (ET)**

**Time and Date of Hearing:** **August 27, 2026 at 10:00 a.m. (prevailing Eastern Time)**

**Location of In-Person Hearing:** The Honorable Sage M. Sigler
United States Bankruptcy Court for the
Northern District of Georgia
**Richard B. Russell Federal Building and**
**United States Courthouse**
**Courtroom 1201**
**75 Ted Turner Drive, S.W.**
**Atlanta, Georgia 30303**

**Location of Virtual Hearing:** Parties participating in the hearing virtually may do so by using the following link:

https://www.zoomgov.com/j/1611794270?pwd=N0FtZ0JSU21sMHJqakdEY0x4Szc5UT09
Phone Number: 833-568-8864
Meeting ID: 161 179 4270

**Copies of Pleadings:** A copy of each pleading can be viewed on the Court's website at www.ganb.uscourts.gov and the website of the Debtors' claims and noticing agent, Kurtzman Carson Consultants LLC dba Verita Global, at https://www.veritaglobal.net/Wellmade. Further information may be obtained by using the "Submit an

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Wellmade Industries MFR. N.A LLC (1058) and Wellmade Floor Coverings International, Inc. (8425). The mailing address for the Debtors for purposes of these chapter 11 cases is: 1 Wellmade Drive, Cartersville, GA 30121.

Inquiry" function at
https://www.veritaglobal.net/Wellmade/inquiry.

## MATTERS GOING FORWARD

1. ***Chapter 11 Plan.*** Debtors' Chapter 11 Plan [Docket No. 385].

Response Deadline: August 20, 2026 at 4:00 p.m. (ET)

Responses Filed:

A. United States Trustee's Objection to Confirmation of Debtors' Chapter 11 Plan [Docket No. 484];

B. Limited Objection and Reservation of Rights of the AHF Parties to Confirmation of Debtors' Chapter 11 Plan, Amended Disclosure Statement, and Plan Supplement [Docket No. 485];

C. Limited Objection of the Committee of Creditors Holding Unsecured Claims to the Debtors' Chapter 11 Plan [Docket No. 487];

Related Documents:

D. Notice of Hearing [Docket No. 388];

E. Certificate of Service of Dkt. No. 385 [Docket No. 389];

F. Notice of Filing of Plan Supplement [Docket No. 477];

G. Certificate of Service of Dkt. No. 477 [Docket No. 479];

H. Limited Objection to Confirmation of Debtors' Chapter 11 Plan, filed by Bartow County, Georgia Tax Commissioner [Docket No. 488];

I. Stipulation Regarding the Claim of Bartow County Tax Commissioner [Docket No. 489];

J. Withdrawal of Limited Objection to Confirmation of Debtors' Chapter 11 Plan, filed by Bartow County, Georgia Tax Commissioner [Docket No. 490];

K. Declaration of Andres A. Estrada with Respect to Solicitation and the Tabulation of Votes on the Debtors' Chapter 11 Plan [Docket No. 494];

L. Supplemental Certificate of Service of Dkt. No. 465 [Docket No. 495];

M. Declaration of David Baker in Support of Confirmation of the Debtors' Chapter 11 Plan [Docket No. 496];

N. Debtors' Memorandum of Law in Support of Final Approval of the Disclosure

Statement and Confirmation of the Debtors' Chapter 11 Plan [Docket No. 497];

O. Notice of Filing Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving the Amended Disclosure Statement for Debtors' Chapter 11 Plan on a Final Basis and (II) Confirming Debtors' Chapter 11 Plan [Docket No. 498].

Status: This matter is going forward on a contested basis.

2. ***Disclosure Statement.*** Amended Disclosure Statement for Debtors' Chapter 11 Plan [Docket No. 464].

Response Deadline: August 20, 2026 at 4:00 p.m. (ET)

Responses Filed: None

Related Documents:

A. Disclosure Statement for Debtors' Chapter 11 Plan [Docket No. 386];

B. Motion of the Debtors for Entry of an Order (A) Conditionally Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time, and Place for Hearing on Confirmation of the Plan and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures and Deadlines [Docket No. 387];

C. Notice of Hearing [Docket No. 388];

D. Certificate of Service of Dkt. No. 386 [Docket No. 389];

E. Certificate of Service of Dkt. No. 387 [Docket No. 390];

F. Order (A) Conditionally Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time, and Place for Hearing on Confirmation of the Plan and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures and Deadlines [Docket No. 463];

G. Notice of (i) Confirmation Hearing with Respect to the Debtors' Chapter 11 Plan and Disclosure Statement in Connection Therewith and (ii) Related Objection Deadline [Docket No. 465];

H. Certificate of Service of Dkt. Nos. 463, 464, and 465 [Docket No. 482];

I. Supplemental Certificate of Service of Dkt. No. 465 [Docket No. 483];

J. Declaration of Andres A. Estrada with Respect to Solicitation and the Tabulation of

Votes on the Debtors' Chapter 11 Plan [Docket No. 494];

K. Supplemental Certificate of Service of Dkt. No. 465 [Docket No. 495];

L. Declaration of David Baker in Support of Confirmation of the Debtors' Chapter 11 Plan [Docket No. 496];

M. Debtors' Memorandum of Law in Support of Final Approval of the Disclosure Statement and Confirmation of the Debtors' Chapter 11 Plan [Docket No. 497];

N. Notice of Filing Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving the Amended Disclosure Statement for Debtors' Chapter 11 Plan on a Final Basis and (II) Confirming Debtors' Chapter 11 Plan [Docket No. 498].

Status: This matter is going forward on an uncontested basis.

**ADJOURNED MATTERS**

3. ***Greenberg Traurig's Third Interim Fee Application.*** Third Interim Application for Allowance of Compensation and Reimbursement of Expenses Incurred by Greenberg Traurig, LLP, Counsel to the Debtors for the Period of March 1, 2026 through June 30, 2026 [Docket No. 470].

Response Deadline: August 20, 2026

Responses Filed: None

Related Documents:

A. Certificate of Service of Dkt. No. 470 [Docket No. 473].

Status: A proposed Order has been submitted.

4. ***Aurora's Fee Application.*** Third Interim Application of Aurora Management Partners for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Debtors for the Period of March 1, 2026 through May 31, 2026 [Docket No. 471].

Response Deadline: August 20, 2026

Responses Filed: None.

Related Documents:

A. Certificate of Service of Dkt. No. 471 [Docket No. 473].

Status: A proposed Order has been submitted.

Dated: August 26, 2026

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ John D. Elrod*
John D. Elrod, GA Bar No. 246604
Allison J. McGregor, GA Bar No. 860865
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2259
Facsimile: 678-553-2269
Email: elrodj@gtlaw.com
Allison.McGregor@gtlaw.com

*Counsel for the Debtors and Debtors in Possession*